MORRIS PICKERING & PETERSON
Steve Morris, Bar No. 1543
Akke Levin, Bar No. 9102
Jean-Paul Hendricks, Bar No. 10079
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

WOOD, SMITH, HENNING & BERMAN LLP
Jason C. Gless, Bar No. 8469
7670 West lake Mead Boulevard, Suite 250
Las Vegas, Nevada 89128-6652
Telephone: (702) 222-0625
Facsimile: (702) 253-6225

Attorneys for Defendants
Turnberry/MGM Grand Towers, LLC,
MGM Grand, Inc., Turnberry/Harmon
Ave, LLC, and Turnberry Associates

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MARY ANN SUSSEX; MITCHELL PAE; MALCOLM NICHOLL and SANDY SCALISE; ERNESTO VALDEZ, SR. and ERNESTO VALDEZ, JR; JOHN HANSON and ELIZABETH HANSON,<br><br>Plaintiffs,<br>v.<br><br>TURNBERRY/MGM GRAND TOWERS, LLC; MGM GRAND, INC., doing business as MGM MIRAGE; TURNBERRY/HARMON AVE., LLC; TURNBERRY ASSOCIATES; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No:<br><br>**NOTICE OF REMOVAL** |

MORRIS PICKERING & PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

TO: Mary Ann Sussex; Mitchell Pae; Malcolm Nicholl and Sandy Scalise; Ernesto Valdez, Sr and Ernesto Valdez, Jr.; John Hanson and Elizabeth Hanson, and

TO: Robert B. Gerard and Ricardo Ehmann of GERARD & ASSOCIATES, and Norman Blumenthal of BLUMENTHAL & NORDREHAUG, their attorneys.

PLEASE TAKE NOTICE that defendant Turnberry/MGM Grand Towers, LLC ("Turnberry/MGM") hereby removes the state action entitled "Mary Ann Sussex; Mitchell Pae; Malcolm Nicholl and Sandy Scalise; Ernesto Valdez, Sr and Ernesto Valdez, Jr.; John Hanson and Elizabeth Hanson v. Turnberry/MGM Grand Towers, LLC; MGM Grand, Inc., doing business as MGM Mirage; Turnberry/Harmon Ave., LLC; Turnberry Associates; and Does 1 through 100, Inclusive," Case No. A557730, filed in the Eighth Judicial District Court for the State of Nevada in and for the County of Clark, to this Court. The grounds for removal are:

1. Plaintiffs Mary Ann Sussex, Mitchell Pae, Malcolm Nicholl, Sandy Scalise, Ernesto Valdez, Sr., Ernesto Valdez, Jr., John Hanson, and Elizabeth Hanson ("Plaintiffs") filed a First Amended Class Action Complaint ("CA Compl.") on behalf of "hundreds of Class Members." CA Compl., Exhibit A hereto, ¶ 33.[1] Plaintiffs allege they were fraudulently induced into purchasing the "air rights" to condominium-hotel room units "as investment securities at the Signature," *id.*, ¶ 1, a high-rise condominium hotel located on the MGM Grand Hotel Casino property. There are over 1700 hotel condominium units at Signature. Plaintiffs seek, *inter alia*, damages, rescission of the purchase and sale agreements they signed and restitution of the "consideration paid" they paid for the hotel-condominium units, including "all expenses incurred, costs, and reasonable attorneys fees." *Id.*, at 32.

---

[1] Defendants have not been served with any other class action complaints. Plaintiffs' original complaint was not filed as a class action. See Exhibit E.

2.    This Court has original jurisdiction over this alleged class action under 28 U.S.C. § 1332(d), the Class Action Fairness Act of 2005 ("CAFA"), because: (a) the number of plaintiffs in the putative class is more than 100; (b) the matter in controversy exceeds $5,000,000; (c) there is minimal diversity between Plaintiffs and Defendants; and (d) none of the Defendants are States, State officials, or governmental entities. *Serano v. 180 Connect, Inc.*, 478 F.3d 1018, 1021 (9th Cir. 2007).

    a.    At least one plaintiff is diverse from one defendant, as required under 28 U.S.C. § 1332(d)(2)(A). For example, plaintiffs allege that Malcom J. Nichol and Sandy Scalise are citizens of California, and that plaintiff Mitchell Pae is a resident of Virginia. CA Compl., ¶¶ 16-17. Defendant Turnberry/MGM Grand Towers, LLC is a Nevada corporation with its principal place of business in Nevada.[2]

    b.    Plaintiffs estimate that there are "hundreds of Class members, geographically spread out throughout the United States. . ." *Id.*, ¶ 34 (a). The proposed class consists of Plaintiffs and all individuals who purchased one or more of the hotel condominium units in the Signature project. *See id.*, ¶ 33. Plaintiffs seek to certify a class under Nevada Rule of Civil Procedure 23, which is the state equivalent of Federal Rule of Civil Procedure 23.[3]

    c.    The matter in controversy well exceeds the value of $5,000,000 because the estimated hundreds of Class Plaintiffs seek damages "in excess of $50,000 *per plaintiff*." CA Compl., at 2 (Caption) (emphasis added). Plaintiffs seek to recoup the purchase price of their condominium units — each ranging between $400,000 and $900,000 — plus any expenses paid as a result of ownership, less any income received by Plaintiffs who currently own the

---

[2] MGM Grand, Inc. and Turnberry Associates are not entities under the laws of the state of Nevada or any other state.

[3] Defendants do not acknowledge that Plaintiffs have properly pled a class action complaint or that the action is properly maintained as a class action.

MORRIS PICKERING & PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

property. *Id.*, ¶ 41.  In addition, Plaintiffs seek civil penalties under NRS 90.640 "of not more than $2,500 for a single violation or $100,000 for multiple violations, *id.*, ¶¶ 41-43, and punitive damages, *id.*,¶ 68.

        d.    The class members who are citizens of Nevada do not equal or exceed 2/3 of all putative class members.

    3.    This Court has jurisdiction over this action under 28 U.S.C. §§ 1332(d), 1453(b), 1441(a), and 1446.

    4.    Venue is appropriate in the unofficial Southern Division of this Court under 28 U.S.C. §§ 1391(b), 1441(a), and 1446(a), and LR IA 6-1.  This action was originally filed in the Eighth Judicial District Court for the State of Nevada, Clark County.

    5.    Defendants were served with a copy of the complaint on May, 14, 2008.  *See* Exhibits B, C, and D hereto.  This Notice is therefore timely filed within thirty days of service, as required by 28 U.S.C. §§ 1446(b).

    6.    Turnberry/MGM removes this action under 28 U.S.C. § 1453(b), which provides that class actions may be removed by any defendant, without the consent of all other defendants, and irrespective of whether any defendant is a citizen of Nevada.

    7.    Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served on Defendants are attached hereto as follows:

        a.    First Amended Class Action Complaint, attached hereto at Exhibit A;

        b.    Summons Turnberry/MGM Grand Towers, LLC, attached hereto as Exhibit B;

        c.    Summons Turnberry/Harmon Ave., LLC, attached hereto as Exhibit C;

        d.    Summons MGM Mirage, attached hereto as Exhibit D.

        e.    Complaint, attached hereto as Exhibit E;

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

f. First Amendment to Complaint to Substitute True Names for Fictitious Names, attached hereto as Exhibit F;

g. Summons Turnberry Associates, attached hereto as Exhibit G; and

h. Motion to Stay, attached hereto as Exhibit H.

8. Concurrently with filing this notice, a copy of this Notice is being filed with the clerk of the Eighth Judicial District Court and served on Plaintiffs' counsel pursuant to 28 U.S.C. § 1446(d).

MORRIS PICKERING & PETERSON

By: _____
Steve Morris, Bar No. 1543
Akke Levin, Bar No. 9102
Jean-Paul Hendricks No. 10079
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Jason Gless, Bar No. 8469
Wood, Smith, Henning & Berman LLP
7670 West lake Mead Blvd., Suite 250
Las Vegas, Nevada 89128-6652

Attorneys for Defendants Turnberry/MGM Grand Towers, LLC, MGM Grand, Inc., Turnberry/Harmon Ave, LLC and Turnberry Associates

MORRIS PICKERING & PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

Page 5 of 6

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS PICKERING & PETERSON, and that the following documents were served via electronic service: **NOTICE OF REMOVAL**

TO:

N/A

I further certify that I am familiar with the firm's practice of collection and processing documents for mailing; that in accordance therewith, I caused the above-named document to be deposited with the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first class postage prepaid, on the date and to the addressee(s) shown below:

Robert Gerard
Gerard & Associates
2840 South Jones Blvd
Building D, Suite #4
Las Vegas, Nevada 89146

Attorney for Plaintiffs

Norman Blumenthal
Blumenthal & Nordrehaug
2255 Calle Clara
La Jolla, California, 90237

Attorney for Plaintiffs

Robert Fellmeth
University of San Diego Law School
5998 Alcala Park
San Diego, California 92110

Attorney for Plaintiffs

DATED this 13th day of June, 2008.

By _____
MORRIS PICKERING & PETERSON

MORRIS PICKERING & PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422