# EXHIBIT A

EXHIBIT A


American Arbitration Association
*Dispute Resolution Services Worldwide*

## Dispute Resolution ARBITRATION RULES
(ENTER THE NAME OF THE APPLICABLE RULES)
### Demand for Arbitration

| | |
|---|---|
| **MEDIATION:** If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box. There is no additional administrative fee for this service. ☐ | |
| Name of Respondent<br>MGM Mirage; Turnberry/MGM Grand Towers, LLC; (continued below) | Name of Representative (if known)<br>Steve Morris, Esq. |
| Turnberry/Harmon Ave., LLC; Turnberry West Realty, Inc.; | Name of Firm (if applicable):<br>Morris Peterson |
| MGM Grand Condominiums, LLC; The Signature Condominiums, LLC | Representative's Address<br>300 South Fourth Street |
| City / State / Zip Code | City Las Vegas / State NV / Zip Code 89101 |
| Phone No. / Fax No. | Phone No. (702) 474-9400 / Fax No. (702) 474-9422 |
| Email Address: | Email Address: SM@morrislawgroup.com |

The named claimant, a party to an arbitration agreement dated _____, which provides for arbitration under the _____ Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

THE NATURE OF THE DISPUTE
This is a CLASS ACTION seeking certification of the case to proceed and be adjudicated as a class action of the claims set forth in the Amended Complaint attached hereto as EXHIBIT "1".

| | |
|---|---|
| Dollar Amount of Claim $ Excess of $10,000,000 | Other Relief Sought: ☒ Attorneys Fees  ☒ Interest<br>☒ Arbitration Costs  ☒ Punitive/ Exemplary  ☒ Other Rescission |

Amount Enclosed $2,500.00     In accordance with Fee Schedule:  ☒ Flexible Fee Schedule    ☐ Standard Fee Schedule

PLEASE DESCRIBE APPROPRIATE QUALIFICATIONS FOR ARBITRATOR(S) TO BE APPOINTED TO HEAR THIS DISPUTE:
Former District Attorney or former U.S. Attorney.

Hearing locale Las Vegas, NV _____ (check one) ☐ Requested by Claimant  ☒ Locale provision included in the contract

| | |
|---|---|
| Estimated time needed for hearings overall:<br>_____ hours or _____ days | Type of Business: Claimant Individual Investors<br>Respondent Developer/Owner of Hotels Worldwide |
| Is this a dispute between a business and a consumer?<br>Does this dispute arise out of an employment relationship? | ☒ Yes ☐ No<br>☐ Yes ☒ No |

If this dispute arises out of an employment relationship, what was/is the employee's annual wage range? Note: This question is required by California law. ☐ Less than $100,000  ☐ $100,000 - $250,000  ☐ Over $250,000

You are hereby notified that copies of our arbitration agreement and this demand are being filed with the American Arbitration Association's Case Management Center, located in (check one)  ☐ Atlanta, GA  ☐ Dallas, TX  ☐ East Providence, RI  ☒ Fresno, CA  ☐ International Centre, NY, with a request that it commence administration of the arbitration. Under the rules, you may file an answering statement within the timeframe specified in the rules, after notice from the AAA.

| | |
|---|---|
| Signature (may be signed by a representative)   Date:<br>*Ricardo Ehmann*           8-31-09 | Name of Representative<br>Robert B. Gerard, Esq. |
| Name of Claimant<br>Mary Ann Sussex (on behalf of herself and the CLASS) | Name of Firm (if applicable)<br>Gerard and Associates |
| Address (to be used in connection with this case):<br>c/o Gerard and Associates; 2840 South Jones Blvd., Bldg. D, Unit 4 | Representative's Address:<br>2840 South Jones Blvd. Bldg. D, Unit 4 |
| City Las Vegas / State NV / Zip Code 89146 | City Las Vegas / State NV / Zip Code 89146 |
| Phone No. (702) 251-0093 / Fax No. (702) 251-0094 | Phone No. (702) 251-0093 / Fax No. (702) 251-0094 |
| Email Address: rgerard@gerardlaw.com; rehmann@gerardlaw.com | Email Address: rgerard@gerardlaw.com |

To begin proceedings, please send two copies of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to the AAA. Send the original Demand to the Respondent.

Please visit our website at www.adr.org if you would like to file this case online. AAA Customer Service can be reached at 800-778-7879

## American Arbitration Association

### ADDENDUM TO DEMAND FOR CLASS ARBITRATION

Robert B. Gerard, Esq.  **AAA File No.** _____
Ricardo R. Ehmann, Esq.
GERARD & ASSOCIATES
2840 South Jones Boulevard
Building D, Suite #4
Las Vegas, Nevada 89146
Telephone:   (702) 251-0093
Facsimile:    (702) 251-0094

Norman Blumenthal, Esq.
BLUMENTHAL & NORDREHAUG
2255 Calle Clara
La Jolla, California 92037
Telephone:   (858) 551-1223
Facsimile:    (858) 551-1232

Robert Fellmeth, Esq.
University of San Diego School of Law
5998 Alcala Park
San Diego, California 92110
Telephone:   (619) 260-4806
Facsimile:    (619) 260-4753

Burton Wiand, Esq.
Fowler White Boggs Banker, P.A.
501 East Kennedy Blvd.
Tampa, FL 33602
Telephone:   (813) 228-7411
Facsimile:    (813) 229-8313

*Counsel for Claimants*

## **PROCEDURAL BACKGROUND**

Original Complaint against Respondents was filed on February 22, 2008, in the Eighth Judicial District, Clark County, Nevada (Case No. A557730). The dispute between the parties focuses primarily on allegations of securities law violations in the sale and marketing of condo-hotel units at the Signature at MGM Grand Hotel, located in Las Vegas, Nevada. The Complaint was amended to include class allegations on May 7, 2008. Respondents removed the action to U.S. Federal District Court, District of Nevada, on June 13, 2008 (Case No. 2:08-cv-00773). Claimants filed an Amended Class Action Complaint on July 2, 2008, which added federal claims under the Securities Act of 1933 and 1934 to the previously asserted seven state law claims. Claimants (Mary Ann Sussex, Mitchell Pae, Malcolm Nicholl, Sandy Scalise, Ernesto Valdez, Sr., Ernesto Valdez, Jr., John Hanson, Elizabeth Hanson, Andres F. Alos, Martha Vias, Charles Crooks, Laura Crooks, Sampal Family Revocable Living Trust, Daniel Reich, Natalie Reich, Jose Sanchez, Linda S. Corbridge, Fouad Feghali, Bassilios C. Petrakis, Ronald D. Perkins) adopt the Amended Federal Class Action Complaint filed in this matter on July 2, 2008 (Attached as Exhibit "1"). On July 17, 2008, Respondents filed a Motion to Compel Arbitration based on an arbitration clause included in the Signature at MGM Grand Purchase and Sale Agreement executed by each claimant (Purchase and Sale Agreement attached as Exhibit "2"). Claimants opposed said Motion to Compel Arbitration based upon state law theories of procedural and substantive unconscionability. On April 6, 2009, a federal Magistrate Judge denied Respondents' Motion to Compel Arbitration (Magistrate's Order attached as Exhibit "3"). On April 22, 2009, the Nevada Supreme Court in a related action determined the arbitration clause to be valid and enforceable (Nevada Supreme Court Order attached as Exhibit "4"). On June 16, 2009, the U.S. District Court reversed the Magistrate Order (U.S. District Court Order attached as Exhibit "5"). The following causes of action are alleged against Respondents: (1) Violation of the Securities Act of 1933, (2) Violation of the Securities Exchange Act of 1934, (3) Violation of N.R.S. 90.460, (4) Violation of N.R.S. 90.570, (5) Violation of N.R.S. 598, *et seq.* (6) Fraudulent Misrepresentation, (7) Negligent Misrepresentation, (8) Fraud in the Inducement, (9) Fraudulent Concealment.