MORRIS PETERSON
Steve Morris, No. 1543
Email: sm@morrislawgroup.com
Akke Levin, No. 9102
Email: al@morrislawgroup.com
Jean-Paul Hendricks, No. 10079
Email: jph@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

WOOD, SMITH, HENNING & BERMAN LLP
Jason C. Gless, No. 8469
Email: jgless@wshblaw.com
7670 West Lake Mead Boulevard, Suite 250
Las Vegas, Nevada 89128
Telephone: (702) 222-0625
Facsimile: (702) 253-6225

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY ANN SUSSEX; MITCHELL PAE; MALCOLM NICHOLL and SANDY SCALISE; ERNESTO VALDEZ, SR. and ERNESTO VALDEZ, JR; JOHN HANSON and ELIZABETH HANSON,<br><br>Plaintiffs,<br><br>v.<br><br>TURNBERRY/MGM GRAND TOWERS, LLC, a Nevada LLC; MGM GRAND CONDOMINIUMS LLC, a Nevada LLC; THE SIGNATURE CONDOMINIUMS, LLC, a Nevada LLC; MGM MIRAGE, a Delaware Corporation; TURNBERRY/HARMON AVE., LLC, a Nevada LLC; and TURNBERRY WEST REALTY, INC., a Nevada Corporation,<br><br>Defendants. | Case No. 2:08-cv-00773-RLH-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR DETERMINATION OF ARBITRABILITY OF CLAIMS AGAINST NON-SIGNATORY DEFENDANTS AND REINSTATEMENT OF MARCH 2, 2010 ORDER (#72)**<br><br>**(SECOND REQUEST)** |

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

1    IT IS HEREBY STIPULATED between Defendants Turnberry/MGM Grand Towers, LLC, MGM Grand Condominiums LLC, Inc., The Signature Condominiums, LLC, MGM Mirage, Turnberry/ Harmon Ave., LLC, and Turnberry West Realty, Inc. (collectively "Defendants") and plaintiffs Mary Ann Sussex, Mitchell Pae, Malcolm Nicholl, Sandy Scalise, Ernesto Valdez, Sr., Ernesto Valdez, Jr., John Hanson, and Elizabeth Hanson (collectively "Plaintiffs"), by and through their undersigned counsel of record, as follows:

(1)  Defendants shall have until and including Tuesday, October 26, 2010 to file an opposition to Plaintiffs' Motion for Determination of Arbitrability of Claims Against Non-Signatory Defendants and Reinstatement of March 2, 2010 Order (# 72). Plaintiffs' Motion was filed on September 23, 2010. Defendants' Opposition is presently due on October 19, 2010. This seven-day extension is requested to accommodate Defendants' counsel in attending to continuing and unforeseen competing professional obligations that make it unlikely that the Opposition can be adequately prepared without a brief extension of time; and

MORRIS PETERSON
ATTORNEYS AT LAW
300 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

(2) Plaintiffs shall have until and including Friday November 12, 2010 to file a reply.

Dated this 18th day of October, 2010

GERARD & ASSOCIATES

By: /s/ Robert Gerard
Robert Gerard, Bar No. 005323
Ricardo R. Ehmann, Bar No. 010576
2840 South Jones Blvd.
Building D, Suite #4
Las Vegas, Nevada 89146

Attorney for Plaintiffs

Dated this 18th day of October, 2010

MORRIS PETERSON

By: /s/ Akke Levin
Steve Morris, Bar No. 1543
Akke Levin, Bar No. 9102
Jean-Paul Hendricks No. 10079
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

WOOD, SMITH, HENNING & BERMAN LLP
Jason C. Gless, Bar No. 8469
7670 West Lake Mead Blvd.
Suite 250
Las Vegas, Nevada 89128-6652

Attorneys for Defendants

ORDER

IT IS SO ORDERED. No further extensions will be granted.

Dated this __19th__ day of __October__, 2010.

_____
CHIEF UNITED STATES DISTRICT JUDGE

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422