MORRIS PETERSON
Steve Morris, No. 1543
Email: sm@morrislawgroup.com
Akke Levin, No. 9102
Email: al@morrislawgroup.com
Jean-Paul Hendricks, No. 10079
Email: jph@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 474-9400
Facsimile:    (702) 474-9422

WOOD, SMITH, HENNING & BERMAN LLP
Jason C. Gless, No. 8469
Email:  jgless@wshblaw.com
7670 West Lake Mead Boulevard, Suite 250
Las Vegas, Nevada  89128
Telephone:  (702) 222-0625
Facsimile:    (702) 253-6225

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY ANN SUSSEX; MITCHELL PAE; MALCOLM NICHOLL and SANDY SCALISE; ERNESTO VALDEZ, SR. and ERNESTO VALDEZ, JR; JOHN HANSON and ELIZABETH HANSON,<br><br>Plaintiffs,<br><br>v.<br><br>TURNBERRY/MGM GRAND TOWERS, LLC, a Nevada LLC; MGM GRAND CONDOMINIUMS LLC, a Nevada LLC; THE SIGNATURE CONDOMINIUMS, LLC, a Nevada LLC; MGM MIRAGE, a Delaware Corporation; TURNBERRY/HARMON AVE., LLC, a Nevada LLC; and TURNBERRY WEST REALTY, INC., a Nevada Corporation,<br><br>Defendants. | Case No. 2:08-cv-00773-RLH-PAL<br><br>NOTICE OF THE NONSIGNATORY DEFENDANTS' ACCEPTANCE OF ARBITRATION AND THE ARBITRATOR'S AUTHORITY TO DECIDE THE CLAIMS MADE BY OR AGAINST THEM<br><br>AND<br><br>ORDER VACATING DISCOVERY ORDER AND LIFTING STAY OF ARBITRATION |

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

In response to the Court's suggestion and statement on page 3, in lines 14–18, of its Order of February 03, 2011 (Dkt. #82), a copy of which is attached as Exhibit A hereto, the Nonsignatory Defendants "choose to submit to arbitration without contesting whether they can be compelled to arbitrate . . . to avoid discovery," which the plaintiffs have initiated in complete disregard of the Court's admonition that "the discovery . . . is to be limited only to the issue of whether the Nonsignatory Defendants may be compelled to arbitrate under contract and agency principles." Id. at 3:25–4:2. See, e.g., Plaintiffs' Amended First Request for Production of Documents to Defendant Signature Condominiums LLC, attached as Exhibit B hereto. The Nonsignatory Defendants submit to arbitration and to the Arbitrator, Brendan M. Hare, deciding the claims made by or against them in whatever manner he may choose to do so, including, as the Court pointed out, disposition by "a motion to dismiss or similar pleading based on insufficient allegations." Id.

By this acceptance of arbitration and relinquishment of their objection to arbitrability, the Nonsignatory Defendants request the Court to vacate its February 03, 2011, discovery order and lift the stay of arbitration imposed by the order so that this long-delayed disposition of the claims made by the plaintiffs may proceed to conclusion, as contemplated under the arbitration agreement that each claimant signed.

MORRIS PETERSON

By: /s/ Steve Morris
Steve Morris, No. 1543
Akke Levin, No. 9102
Jean-Paul Hendricks, No. 10079
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101

Attorneys for Defendants

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

2

## ORDER

IT IS SO ORDERED: The Court's Order of February 3, 2011 (Dkt. #82) is hereby vacated, and the stay of arbitration is lifted. The parties, including the Nonsignatory Defendants, shall arbitrate their claims and defenses before Arbitrator Brendan M. Hare.

Dated: _____

ROGER L. HUNT
Chief United States District Judge

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

3

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS PETERSON, and that the following documents were served via electronic service: **NOTICE OF THE NONSIGNATORY DEFENDANTS' ACCEPTANCE OF ARBITRATION AND THE ARBITRATOR'S AUTHORITY TO DECIDE THE CLAIMS MADE BY OR AGAINST THEM AND ORDER VACATING DISCOVERY ORDER AND LIFTING STAY OF ARBITRATION**

TO:

Robert B. Gerard
Ricardo R. Ehmann
Gerard & Associates
2840 So. Jones Blvd. - Bldg. D, Suite 4
Las Vegas, Nevada 89146
rgerard@gerardlaw.com
rehmann@gerardlaw.com

Robert Fellmeth
University of San Diego Law School
5998 Alcala Park
San Diego, California 92110
cpil@sandiego.edu

Norman Blumenthal
Blumenthal & Nordrehaug
2255 Calle Clara
La Jolla, California 92037
norm@bamlawlj.com

Burton Wiand
Wiand Guerra King
3000 Bayport Drive - Suite 600
Tampa, Florida 33607
bwiand@wiandlaw.com

Attorneys for Plaintiff

DATED this 9th day of February, 2011.

By: /s/ Patricia Ferrugia

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422