MORRIS PETERSON
Steve Morris, No. 1543
Email:  sm@morrislawgroup.com
Akke Levin, No. 9102
Email:  al@morrislawgroup.com
Jean-Paul Hendricks, No. 10079
Email:  jph@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 474-9400
Facsimile:   (702) 474-9422

WOOD, SMITH, HENNING & BERMAN LLP
Jason C. Gless, No. 8469
Email:  jgless@wshblaw.com
7670 West Lake Mead Boulevard, Suite 250
Las Vegas, Nevada  89128
Telephone:  (702) 222-0625
Facsimile:   (702) 253-6225

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY ANN SUSSEX; MITCHELL PAE; MALCOLM NICHOLL and SANDY SCALISE; ERNESTO VALDEZ, SR. and ERNESTO VALDEZ, JR; JOHN HANSON and ELIZABETH HANSON, <br><br> Plaintiffs, <br><br> v. <br><br> TURNBERRY/MGM GRAND TOWERS, LLC, a Nevada LLC; MGM GRAND CONDOMINIUMS LLC, a Nevada LLC; THE SIGNATURE CONDOMINIUMS, LLC, a Nevada LLC; MGM MIRAGE, a Delaware Corporation; TURNBERRY/ HARMON AVE., LLC, a Nevada LLC; and TURNBERRY WEST REALTY, INC., a Nevada Corporation, <br><br> Defendants. | Case No. 2:08-cv-00773-RLH-PAL <br><br> **NOTICE OF THE NONSIGNATORY DEFENDANTS' ACCEPTANCE OF ARBITRATION AND THE ARBITRATOR'S AUTHORITY TO DECIDE THE CLAIMS MADE BY OR AGAINST THEM** <br><br> **AND** <br><br> **ORDER VACATING DISCOVERY ORDER AND LIFTING STAY OF ARBITRATION** |

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

1    In response to the Court's suggestion and statement on page 3, in lines

2  14–18, of its Order of February 03, 2011 (Dkt. #82), a copy of which is attached as

3  Exhibit A hereto, the Nonsignatory Defendants "choose to submit to arbitration

4  without contesting whether they can be compelled to arbitrate . . . to avoid

5  discovery," which the plaintiffs have initiated in complete disregard of the Court's

6  admonition that "the discovery . . . is to be limited only to the issue of whether the

7  Nonsignatory Defendants may be compelled to arbitrate under contract and

8  agency principles." *Id*. at 3:25–4:2.  *See, e.g.*, Plaintiffs' Amended First Request for

9  Production of Documents to Defendant Signature Condominiums LLC, attached

10  as Exhibit B hereto.  The Nonsignatory Defendants submit to arbitration and to the

11  Arbitrator, Brendan M. Hare, deciding the claims made by or against them in

12  whatever manner he may choose to do so, including, as the Court pointed out,

13  disposition by "a motion to dismiss or similar pleading based on insufficient

14  allegations." *Id*.

15    By this acceptance of arbitration and relinquishment of their objection

16  to arbitrability, the Nonsignatory Defendants request the Court to vacate its

17  February 03, 2011, discovery order and lift the stay of arbitration imposed by the

18  order so that this long-delayed disposition of the claims made by the plaintiffs

19  may proceed to conclusion, as contemplated under the arbitration agreement that

20  each claimant signed.

21    MORRIS PETERSON

22

23    By: _____

24    Steve Morris, No. 1543
      Akke Levin, No. 9102

25    Jean-Paul Hendricks, No. 10079
      300 South Fourth Street, Suite 900

26    Las Vegas, Nevada  89101

27    Attorneys for Defendants

28

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

2

**ORDER**

IT IS SO ORDERED: The Court's Order of February 3, 2011 (Dkt. #82) is hereby vacated, and the stay of arbitration is lifted.  The parties, including the Nonsignatory Defendants, shall arbitrate their claims and defenses before Arbitrator Brendan M. Hare.

Dated: _____February 11, 2011_____

ROGER L. HUNT
Chief United States District Judge

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

3