MORRIS PETERSON
Steve Morris, No. 1543
Email: sm@morrislawgroup.com
Akke Levin, No. 9102
Email: al@morrislawgroup.com
Jean-Paul Hendricks, No. 10079
Email: jph@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

WOOD, SMITH, HENNING & BERMAN LLP
Jason C. Gless, No. 8469
Email: jgless@wshblaw.com
7670 West Lake Mead Boulevard, Suite 250
Las Vegas, Nevada 89128
Telephone: (702) 222-0625
Facsimile: (702) 253-6225

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY ANN SUSSEX; MITCHELL PAE; MALCOLM NICHOLL and SANDY SCALISE; ERNESTO VALDEZ, SR. and ERNESTO VALDEZ, JR; JOHN HANSON and ELIZABETH HANSON, <br><br> Plaintiffs, <br><br> v. <br><br> TURNBERRY/MGM GRAND TOWERS, LLC, a Nevada LLC; MGM GRAND CONDOMINIUMS LLC, a Nevada LLC; THE SIGNATURE CONDOMINIUMS, LLC, a Nevada LLC; MGM MIRAGE, a Delaware Corporation; TURNBERRY/ HARMON AVE., LLC, a Nevada LLC; and TURNBERRY WEST REALTY, INC., a Nevada Corporation, <br><br> Defendants. | Case No. 2:08-cv-00773-RLH-PAL <br><br><br><br><br><br><br> **SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO MOTION TO VACATE ARBITRATION RULING (# 90)** |

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

The defendants hereby supplement their opposition to plaintiffs' motion to vacate the arbitrator's ruling with the following recent authority for the Court's consideration:

*Spradlin v. Trump Ruffin Tower I, LLC*, 2011 WL 2295067 (D. Nev. June 8, 2011). The *Spradlin* decision is attached hereto as Exhibit A.

Although not binding on the Court, the *Spradlin* decision is relevant and should be persuasive. There, as here, the plaintiffs are purchasers of one or more hotel condominium units and signed contracts that included an arbitration clause. *Spradlin*, 2011 WL 2295067 at *1. In both cases, the plaintiffs are represented by the same attorneys. The arbitration clause in *Spradlin* is "identical to the arbitration clause" in this case. *Id.*[1] There, as here, the arbitrator determined that there was no agreement that would support class arbitration. *Id.* The *Spradlin* plaintiffs made substantially the same arguments in their motion to vacate the arbitrator's clause construction award as the *Sussex* plaintiffs here. *See id.* at *2-4 (discussing the *Spradlin* plaintiffs' arguments relative to: (1) the "Nevada default rule" on consolidation of arbitrations; (2) the parties' intent and expectations; and (3) unconscionability). The Honorable Kent J. Dawson denied

---

[1] It is for this reason that the parties in *Spradlin* agreed to a stay while the Nevada Supreme Court decided the validity of the arbitration clause. *Id.* The Nevada Supreme Court's decision — *KJH & RDA Investor Group, LLC v. Eighth Judicial Dist. Court*, 2009 WL 1455992 (Nev. April 22, 2009) — which held that the arbitration clause is valid and enforceable, also informed this Court's decision to compel the *Sussex* plaintiffs to arbitration. *See* Order (# 59).

2

1  the *Spradlin* plaintiffs' motion to vacate because they failed to meet "the high
2  standard of review for overturning an arbitration award." *Id.* at *2, 4.

Respectfully submitted,

MORRIS PETERSON

By: _____
   Steve Morris, No. 1543
   Akke Levin, No. 9102
   Jean-Paul Hendricks, No. 10079
   900 Bank of America Plaza
   300 South Fourth Street
   Las Vegas, Nevada  89101

WOOD, SMITH, HENNING & BERMAN LLP
Jason C. Gless, No. 8469
7670 West Lake Mead Blvd., Suite 250
Las Vegas, Nevada 89128

Attorneys for Defendants

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

3

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS PETERSON, and that the following documents were served via electronic service: **SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO MOTION TO VACATE ARBITRATION RULING (# 90)**

TO:

Robert B. Gerard
Ricardo R. Ehmann
Gerard & Associates
2840 So. Jones Blvd. - Bldg. D, Suite 4
Las Vegas, Nevada  89146
rgerard@gerardlaw.com
rehmann@gerardlaw.com

Robert Fellmeth
University of San Diego Law School
5998 Alcala Park
San Diego, California  92110
cpil@sandiego.edu

Norman Blumenthal
Blumenthal & Nordrehaug
2255 Calle Clara
La Jolla, California  92037
norm@bamlawlj.com

Burton Wiand
Wiand Guerra King
3000 Bayport Drive - Suite 600
Tampa, Florida  33607
bwiand@wiandlaw.com

Attorneys for Plaintiff

DATED this 22nd day of June, 2011.

By: /s/ Rickerson

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422