1  MORRIS PETERSON
2  Steve Morris, No. 1543
   Email:  sm@morrislawgroup.com
3  Akke Levin, No. 9102
   Email:  al@morrislawgroup.com
4  Jean-Paul Hendricks, No. 10079
   Email:  jph@morrislawgroup.com
5  900 Bank of America Plaza
   300 South Fourth Street
6  Las Vegas, Nevada  89101
   Telephone:  (702) 474-9400
7  Facsimile:   (702) 474-9422

8  WOOD, SMITH, HENNING & BERMAN LLP
9  Jason C. Gless, No. 8469
   Email:   jgless@wshblaw.com
10 7670 West Lake Mead Boulevard, Suite 250
   Las Vegas, Nevada  89128
11 Telephone:  (702) 222-0625
   Facsimile:   (702) 253-6225
12
   Attorneys for Defendants
13

14              UNITED STATES DISTRICT COURT

15                  DISTRICT OF NEVADA

16 MARY ANN SUSSEX; MITCHELL PAE;  )   Case No. 2:08-cv-00773-RLH-PAL
17 MALCOLM NICHOLL and SANDY        )
   SCALISE; ERNESTO VALDEZ, SR. and )
18 ERNESTO VALDEZ, JR; JOHN         )
   HANSON and ELIZABETH HANSON,     )
19                                  )
             Plaintiffs,            )   **OPPOSITION TO MOTION TO**
20 v.                               )   **RELATE CASES AND TRANSFER**
                                    )   **SECOND-FILED CASE TO FIRST-**
21                                  )   **FILED CASE**
   TURNBERRY/MGM GRAND TOWERS,      )
22 LLC, a Nevada LLC; MGM GRAND     )
   CONDOMINIUMS LLC, a Nevada LLC;  )
23 THE SIGNATURE CONDOMINIUMS,      )
   LLC, a Nevada LLC; MGM MIRAGE, a )
24 Delaware Corporation; TURNBERRY/ )
   HARMON AVE., LLC, a Nevada LLC;  )
25 and TURNBERRY WEST REALTY, INC., )
   a Nevada Corporation,            )
26                                  )
27           Defendants.            )
                                    )

28

MORRIS PETERSON
ATTORNEYS AT LAW
BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

Defendants Turnberry/MGM Grand Towers, LLC, MGM Grand Condominiums LLC, Inc., The Signature Condominiums, LLC, MGM Mirage, Turnberry/Harmon Ave., LLC, and Turnberry West Realty, Inc. (collectively "Defendants"), hereby oppose Plaintiffs' motion to relate cases and transfer the action entitled *George Abraham, et al v. Turnberry/MGM Grand, et al*, Case No: 2:11-cv-01007-JCM-RJJ ("*Abraham*") to this Court.

## I.   INTRODUCTION

The Court should deny plaintiffs' motion to transfer to this Court the *Abraham* case filed earlier this year.  There is no "related" case pending in this Court.  The *Sussex* case, with which Abraham's lawyers wish to "consolidate" this case, is in arbitration, where the *Abraham* case belongs.  An order "relating" these cases would accomplish the opposite of what LR 7-2.1 contemplates:  Transfer would be a waste of time, the parties' money, and judicial resources.  Defendants' motion to compel arbitration in *Abraham* is pending before Judge Mahan who is perfectly capable of taking judicial notice of this Court's June 16, 2009 order compelling the *Sussex* case to arbitration and ordering the *Abraham* plaintiffs to do likewise.  The instant motion should be seen for what it is — a tactic by the *Abraham* plaintiffs' lawyers (who are the *Sussex* lawyers too) to further delay and avoid their clients' agreement to arbitrate their Signature claims.  The motion should be denied.

## II.   ARGUMENT

There is no dispute between the parties that the *Sussex* action and the *Abraham* action involve the same defendants and similarly situated plaintiffs making the same or substantially similar claims regarding their purchases at the Signature at MGM Grand, a condominium-hotel project more than five years ago. That, however, is insufficient under Local Rule 7-2.1 to mandate finding these cases related and transferring them to this Court.  Under LR 7-2.1, "[a]n action *may*

MORRIS PETERSON
ATTORNEYS AT LAW
BANK OF AMERICA PLAZA
SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

2

1  be considered to be related to another action" (emphasis added) when it satisfies

2  one or more of the criteria outlined in LR 7-2.1 a-d. Mot. at 2. Even if the Court

3  finds that these actions are related, there is no language in the rule that compels

4  relation and transfer of similar cases — the rule is discretionary. It is without

5  question that the thrust of this rule is to, "effect a substantial savings of judicial

6  effort," LR 7-2.1(c), to avoid the"substantial duplication of labor," *id.* 7-2.1(d) or to

7  make a determination of the consolidation of the actions." *Id.*[1]  None of these

8  considerations are relevant to these cases because the parties in both *Sussex* and

9  *Abraham* agreed to arbitrate their claims against Defendants.

10          In point of fact, the only consideration for the *Abraham* Court is to

11  determine whether the *Abraham* plaintiffs entered into the same arbitration

12  agreement as the one held valid and enforceable by the Nevada Supreme Court in

13  the related *KJH &RDA Investor Group, LLC et al. v. Turnberry/MGM Grand Towers,*

14  *LLC* ("*KJH*").  If they did, they must be sent to arbitration.[2]  Defendants have

15  already requested Judge Mahan take judicial notice of the *KJH* order and this

16  Court's June 16, 2009, order compelling the *Sussex* plaintiffs to arbitrate.  The most

17  efficient means to this end is to deny the instant motion and allow Judge Mahan

18  to consider the motion to compel arbitration that is pending before him in the

19  *Abraham* action.  There is simply no economy in transferring the case from one

20  judge to another to decide this motion.  The same work must be completed by

21  either court.

---

[1] See also Fed. R. Civ. P. 42(a)(3), "If actions before the court involve a common question of law or fact, the court *may*: . . . (3) issue any other order to avoid cost or delay." (emphasis added).  Again, consolidation of actions is discretionary to save the court's valuable resources.  No such savings would result from a transfer of the *Abraham* action.

[2] This Court's June 16, 2009, order compelling the *Sussex* plaintiffs to arbitration was based on the Nevada Supreme Court's decision in *KJH*.  *See* Dkt. 59.

ORRIS PETERSON
ATTORNEYS AT LAW
BANK OF AMERICA PLAZA
SOUTH FOURTH STREET
S VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

There is no other benefit to relate the two actions and transfer the *Abraham* action to this Court. *Sussex* is pending in arbitration before the American Arbitration Association. This motion is nothing more than another of many attempts by lawyers for the *Abraham* plaintiffs to buy more judicial time and avoid their agreement to arbitrate claims related to the Signature project. The motion should be denied.

**III.    CONCLUSION**

For the reasons stated above, the Court should not relate or transfer the subject action to this court and the instant motion should be denied.

MORRIS PETERSON

By: _____
     Steve Morris, No. 1543
     Akke Levin, No. 9102
     Jean-Paul Hendricks, No. 10079
     900 Bank of America Plaza
     300 South Fourth Street
     Las Vegas, Nevada  89101

WOOD, SMITH, HENNING & BERMAN LLP
Jason C. Gless, No. 8469
7670 West Lake Mead Blvd., Suite 250
Las Vegas, Nevada 89128

Attorneys for Defendants

MORRIS PETERSON
ATTORNEYS AT LAW
BANK OF AMERICA PLAZA
0 SOUTH FOURTH STREET
AS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

4

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS PETERSON, and that the following documents were served via electronic service:

**OPPOSITION TO MOTION TO RELATE CASES AND TRANSFER SECOND-FILED CASE TO FIRST- FILED CASE**

TO:

Robert B. Gerard
Ricardo R. Ehmann
Gerard & Associates
2840 So. Jones Blvd. - Bldg. D, Suite 4
Las Vegas, Nevada 89146
rgerard@gerardlaw.com
rehmann@gerardlaw.com

Robert Fellmeth
University of San Diego Law School
5998 Alcala Park
San Diego, California 92110
cpil@sandiego.edu

Norman Blumenthal
Blumenthal & Nordrehaug
2255 Calle Clara
La Jolla, California 92037
norm@bamlawlj.com

Burton Wiand
Wiand Guerra King
3000 Bayport Drive - Suite 600
Tampa, Florida 33607
bwiand@wiandlaw.com

Attorneys for Plaintiff

DATED this 28th day of November , 2011.

By: _____

ORRIS PETERSON
ATTORNEYS AT LAW
BANK OF AMERICA PLAZA
SOUTH FOURTH STREET
AS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

5