Robert B. Gerard, Esq. (Nevada State Bar #005323)
Ricardo R. Ehmann, Esq. (Nevada State Bar #010576)
**GERARD & ASSOCIATES**
2840 South Jones Boulevard
Building D, Suite #4
Las Vegas, Nevada 89146
Telephone:   (702) 251-0093
Facsimile:    (702) 251-0094

Norman Blumenthal, Esq. (California State Bar #068687)
**BLUMENTHAL, NORDREHAUG & BHOWMIK**
2255 Calle Clara
La Jolla, California 92037
Telephone:   (858) 551-1223
Facsimile:    (858) 551-1232

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY ANN SUSSEX, et al. | CASE NO.: **2:08-cv-00773** |
| Plaintiffs, | **PLAINTIFFS' CHANGE OF ATTORNEY TO WITHDRAWAL ATTORNEY ROBERT FELLMETH AS ATTORNEY FOR PLAINTIFFS** |
| vs. | |
| TURNBERRY/MGM GRAND TOWERS, LLC, et al. | |
| Defendants. | |
| | Before:    Hon. Roger L. Hunt |

PLAINTIFFS' CHANGE OF ATTORNEY TO WITHDRAWAL ATTORNEY ROBERT FELLMETH AS ATTORNEY FOR PLAINTIFFS

CASE NO.: 2: 08-cv-00773

**PLEASE TAKE NOTICE:**

Plaintiffs hereby give notice of their change of attorney to withdraw and remove Robert Fellmeth as attorney for Plaintiffs in the above entitled action. Plaintiffs will continue to be represented by Robert Gerard and Norman Blumenthal. Please remove Robert Fellmeth from the court docket as attorney of record and remove Robert Fellmeth from future service and correspondence in this matter.

Respectfully submitted,

DATED: March 20, 2012          BLUMENTHAL, NORDREHAUG & BHOWMIK

By:   */s/ Norman B. Blumenthal*
        Norman B. Blumenthal
        Attorneys for Plaintiffs

PLAINTIFFS' CHANGE OF ATTORNEY TO WITHDRAWAL ATTORNEY ROBERT FELLMETH AS ATTORNEY FOR PLAINTIFFS
                                              -1-                         CASE NO.: 2: 08-cv-00773

## **CERTIFICATE OF SERVICE [F.R.C.P. §5]**

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On March 20, 2012, I served the document(s) described as below in the manner set forth below:

(1) PLAINTIFFS' CHANGE OF ATTORNEY TO WITHDRAWAL ATTORNEY ROBERT FELLMETH AS ATTORNEY FOR PLAINTIFFS

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury. Executed on March 20, 2012 at San Diego, California.

          */s/ Norman B. Blumenthal*
          Norman B. Blumenthal