Robert B. Gerard, Esq.
Nevada State Bar #005323
Ricardo R. Ehmann, Esq.
Nevada State Bar #010576
**GERARD & ASSOCIATES**
2840 South Jones Boulevard
Building D, Suite #4
Las Vegas, Nevada 89146
Telephone:    (702) 251-0093
Facsimile:    (702) 251-0094

Norman Blumenthal, Esq.
California State Bar # 068687
**BLUMENTHAL NORDREHAUG & BHOWMIK**
2255 Calle Clara
La Jolla, California 92037
Telephone:    (858) 551-1223
Facsimile:    (858) 551-1232

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY ANN SUSSEX, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> TURNBERRY/MGM GRAND TOWERS, LLC et al., <br><br> Defendants. | CASE NO.:   2:08-cv-00773-MMD-PAL <br><br> **JOINT STATUS REPORT** |

Pursuant to this Court's Minute Order dated April 3, 2013, Plaintiffs John Hanson, Elizabeth Hanson, Malcolm Nicholl, Sandy Scalise, Mitchell Pae, Ernesto Valdez, Sr., Ernesto Valdez Jr., and Mary Ann Sussex (collectively, "Plaintiffs"), and Defendants Turnberry/MGM Grand Towers, LLC, MGM Grand Condominiums, LLC, MGM Mirage, Signature Condominiums, LLC, Turnberry West Realty Inc., and Turnberry/Harmon Ave., LLC (collectively, "Defendants"), state as follows:

1. <u>Status of this action, including any pending motions or other matters which require the attention of this Court.</u>

<u>ANSWER</u>:

*Plaintiffs' position:*  The matter is proceeding in Arbitration.  The Arbitrator has ordered the consolidation of all claims and is currently considering additional motions, including scheduling orders for discovery and trial plan.  These motions are under consideration.  Plaintiffs have requested a trial date in August 2013.

*Defendants' position*: The matter is proceeding in Arbitration.  Defendants are objecting to consolidation and joinder of claims and parties before a single arbitrator and may present one or both of these subjects to the Court in the future, before arbitration on the merits gets underway. Presently, however, there are no pending motions that require the attention of the Court.

2. <u>Action required to be taken by this Court.</u>

<u>ANSWER</u>:   No action is required or requested of the Court at this time.

3. <u>Attach copies of any pending motions, responses and replies and/or any other matters requiring the court's attention not previously attached to the notice of removal.</u>

<u>ANSWER</u>:   Not applicable.

DATED this 10th day of April, 2013.

| By: /s/ *Ricardo Ehmann* | By: /s/ *Akke Levin* |
|---|---|
| Robert B. Gerard, Esq. | Steve Morris, Esq. |
| Nevada State Bar #005323 | Nevada State Bar No. 1543 |
| Ricardo R. Ehmann, Esq. | Akke Levin, Esq. |
| Nevada State Bar #010576 | Nevada State Bar No. 9102 |
| **GERARD & ASSOCIATES** | Jean-Paul Hendricks, Esq. |
| 2840 South Jones Boulevard | Nevada State Bar No. 10079 |
| Building D, Suite #4 | **MORRIS LAW GROUP** |
| Las Vegas, Nevada 89146 | 900 Bank of America Plaza |
| Telephone:  (702) 251-0093 | 300 South Fourth Street |
| Facsimile:  (702) 251-0094 | Las Vegas, Nevada 89101 |

| | |
|---|---|
| **BLUMENTHAL NORDREHAUG & BHOWMIK** | **WOOD, SMITH, HENNING & BERMAN LLP** |
| Norman Blumenthal, Esq. | Jason C. Gless, Esq. |
| California State Bar No. 068687 | Nevada State Bar No. 8469 |
| 2255 Calle Clara | 7670 West Lake Mead Blvd., Suite 250 |
| La Jolla, California | Las Vegas, Nevada 89128 |
| Telephone:     (858) 551-1223 | |
| Facsimile:      (858) 551-1232 | *Attorneys for Defendants* |

**WIAND GUERRA KING**
Burton W. Wiand, Esq.
Florida State Bar No. 407690
5505 W. Gray St.
Tampa, FL 33609
Telephone: (813) 347-5101
Facsimile: (813) 347-5151

*Attorneys for Plaintiffs*