Robert B. Gerard, Esq.
Nevada State Bar #005323
Ricardo R. Ehmann, Esq.
Nevada State Bar #010576
**GERARD & ASSOCIATES**
2840 South Jones Boulevard
Building D, Suite #4
Las Vegas, Nevada 89146
Telephone:   (702) 251-0093
Facsimile:   (702) 251-0094

Norman Blumenthal, Esq.
California State Bar # 068687
**BLUMENTHAL NORDREHAUG & BHOWMIK**
2255 Calle Clara
La Jolla, California 92037
Telephone:   (858) 551-1223
Facsimile:   (858) 551-1232

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY ANN SUSSEX, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> TURNBERRY/MGM GRAND TOWERS, LLC et al., <br><br> Defendants. | CASE NO.:   2:08-cv-00773-MMD-PAL |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 8 AND 10-35 OF NORMAN BLUMENTHAL'S DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION ENJOINING DEFENDANTS FROM SEEKING THE DISQUALIFICATION OF ARBITRATOR HARE IN NEVADA STATE COURT**

Plaintiffs respectfully move this Court for the entry of an Order granting Plaintiffs the right to file under seal Exhibits 8 and 10-35 of Norman Blumenthal's Declaration in Support of *Ex Parte* Application for a Temporary Restraining Order and Motion for Preliminary and Permanent Injunction Enjoining Defendants From Seeking the Disqualification of Arbitrator Hare in Nevada State Court.

### Statement of Points and Authorities in Support of Plaintiff's Motion for Leave to File Exhibits 8 and 10-35 of the Blumenthal Declaration Under Seal

This Motion is made pursuant to Rule 7, Fed.R.Civ.P., as well as Rule 7-2(a) and Rule 10-5, L.Civ.R.

Section 24.10 of the Purchase and Sale Agreement, which forms the basis by which Defendants compelled arbitration in this matter, requires that all proceedings remain confidential. In accordance with Section 24.10, such confidential material as is included in the Normal Blumenthal Declaration must be filed under seal.

Accordingly, Plaintiffs respectfully request that the Court enter an Order Granting Plaintiffs the right to file under seal Exhibits 8 and 10-35 of Norman Blumenthal's Declaration in Support of *Ex Parte* Application for a Temporary Restraining Order and Motion for Preliminary and Permanent Injunction Enjoining Defendants From Seeking the Disqualification of Arbitrator Hare in Nevada State Court.

DATED this 26th day of April, 2013.

By: _[signature]_

Robert B. Gerard, Esq.
Nevada State Bar #005323
Ricardo R. Ehmann, Esq.
Nevada State Bar #010576
**GERARD & ASSOCIATES**
2840 South Jones Boulevard
Building D, Suite #4
Las Vegas, Nevada 89146
Telephone: (702) 251-0093
Facsimile: (702) 251-0094

1  BLUMENTHAL NORDREHAUG &
2  BHOWMIK
   Norman Blumenthal, Esq.
3  California State Bar No. 068687
   2255 Calle Clara
4  La Jolla, California
5  Telephone:   (858) 551-1223
   Facsimile:   (858) 551-1232
6
7  WIAND GUERRA KING
   Burton W. Wiand, Esq.
8  Florida State Bar No. 407690
   5505 W. Gray St.
9  Tampa, FL 33609
   Telephone: (813) 347-5101
10 Facsimile: (813) 347-5151

11 *Attorneys for Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of GERARD & ASSOCIATES, and that the following documents were served via electronic service: **PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 8 AND 10-35 OF NORMAN BLUMENTHAL'S DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION ENJOINING DEFENDANTS FROM SEEKING THE DISQUALIFICATION OF ARBITRATOR HARE IN NEVADA STATE COURT.**

TO:

Steve Morris, Esq.
Akke Levin, Esq.
JP Hendricks, Esq.
MORRIS LAW GROUP
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
sm@morrislawgroup.com
al@morrislawgroup.com
jph@morrislawgroup.com


Jason Gless, Esq.
WOOD SMITH HENNING & BERMAN
3801 University Avenue
Riverside, CA 92501
jgless@wshblaw.com

*Attorneys for Defendants*

DATED this 26th day of April, 2013.

By: _____