Robert B. Gerard, Esq. (Nevada State Bar #005323)
Ricardo R. Ehmann, Esq. (Nevada State Bar #010576)
**GERARD & ASSOCIATES**
2840 South Jones Boulevard
Building D, Suite #4
Las Vegas, Nevada 89146
Telephone:   (702) 251-0093
Facsimile:    (702) 251-0094

Norman Blumenthal, Esq. (California State Bar #068687)
**BLUMENTHAL, NORDREHAUG & BHOWMIK**
2255 Calle Clara
La Jolla, California 92037
Telephone:   (858) 551-1223
Facsimile:    (858) 551-1232

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY ANN SUSSEX, et al.<br><br>      Plaintiffs,<br>   vs.<br><br>TURNBERRY/MGM GRAND TOWERS, LLC, et al.<br><br>      Defendants. | CASE NO.: **2:08-cv-00773-MMD-PAL**<br><br>**MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION ENJOINING DEFENDANTS FROM SEEKING THE DISQUALIFICATION OF ARBITRATOR HARE IN NEVADA STATE COURT**<br><br>Before:         Hon. Miranda Du<br>Department:   4A |

1   Plaintiffs respectfully move for an preliminary and permanent injunction enjoining
2   Defendants from seeking the disqualification of Arbitrator Hare in state court.
3   This motion is based upon the Memorandum in Support of Ex Parte Application
4   for a Temporary Restraining Order and Motion for Preliminary and Permanent Injunction
5   Enjoining Defendants From Seeking the Disqualification of Arbitrator Hare in Nevada
6   State Court, the Declaration of Norman Blumenthal, and the exhibits to the Declaration,
7   some of which have been filed under seal.
8   Respectfully submitted,
9   Dated: April 26, 2013                    BLUMENTHAL, NORDREHAUG & BHOWMIK

By:     */s/ Norman B. Blumenthal*
        Norman B. Blumenthal

2255 Calle Clara
La Jolla, California 92037
Telephone:    (858) 551-1223
Facsimile:    (858) 551-1232

Gerard & Associates
2840 South Jones Blvd.
Building D, Unit 4
Las Vegas, Nevada  89146
Telephone: (702) 251-0093
Facsimile: (702) 251-0094

Burt Wiand
Florida State Bar #407690
Wiand Guerra King
3000 Bay Port Drive, Suite 600
Tampa, FL 33607
Telephone:    (813) 347-5100
Facsimile:    (813) 347-5199

*Attorneys For The Plaintiffs*

MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION ENJOINING DEFENDANTS FROM SEEKING THE DISQUALIFICATION OF ARBITRATOR HARE IN NEVADA STATE COURT
-1-                              CASE NO.:  2:08-cv-00773