MORRIS LAW GROUP
Steve Morris, Bar No. 1543
Email: sm@morrislawgroup.com
Akke Levin, Bar No. 9102
Email: al@morrislawgroup.com
Jean-Paul Hendricks, No. 10079
Email: jph@morrislawgroup.com
300 South Fourth Street - Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile:   (702) 474-9422

SNELL & WILMER L.L.P.
Alex Fugazzi, Bar No. 9022
Email: afugazzi@swlaw.com
Justin Carley, Bar No. 9994
Email: jcarley@swlaw.com
3883 Howard Hughes Parkway, #1100
Las Vegas, NV  89169
Telephone:  (702) 784-5200
Facsimile:   (702) 784-5252

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY ANN SUSSEX; et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>TURNBERRY/MGM GRAND TOWERS, LLC, et al.,<br><br>                Defendants. | Case No.: 2:08-cv-00773-MMD-PAL<br><br>**DECLARATION OF STEVE MORRIS IN SUPPORT OF REPLY TO OPPOSITION TO DISQUALIFICATION OF ARBITRATOR BRENDAN HARE** |

I, Steve Morris, declare:

1.    I am a partner at the law firm of Morris Law Group, attorneys for defendant Turnberry/MGM Grand Towers, LLC ("Turnberry/MGM"). I have personal knowledge of the matters stated below and could testify competently to them if called upon to do so.

2.    This declaration is submitted in support of Turnberry/MGM's Reply to Plaintiffs' Opposition to Turnberry/MGM's Motion for Disqualification.

3.    Attached hereto as Exhibit A is a true copy of the letter I wrote and sent to AAA case manager Jonathan Weed on January 18, 2013, objecting to the continued services of arbitrator Hare and advising that we would file the information supporting the objections by Friday, January 25, 2013.

4.    Collectively attached hereto as Exhibit B are true copies of the January 25, 2013, emails to AAA case manager Jonathan Weed, director Yvonne Baglini, and President India Johnson, transmitting the objection letter together with the exhibits thereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 4, 2013.

_____
Steve Morris

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of district of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS LAW GROUP, and that the following documents were served via electronic service: **DECLARATION OF STEVE MORRIS IN SUPPORT OF REPLY TO OPPOSITION TO DISQUALIFICATION OF ARBITRATOR BRENDAN HARE**

TO:

Robert B. Gerard
Ricardo R. Ehmann
Gerard & Associates
2840 So. Jones Blvd. - Bldg. D, Ste 4
Las Vegas, Nevada 89146
*rgerard@gerardlaw.com*
*rehmann@gerardlaw.com*

Norman B. Blumenthal
Kyle Nordrehaug
Donald Scott Macrae
Blumenthal Nordrehaug & Bhowmik
2255 Calle Clara
San Diego, California 92037
*norm@bamlawca.com*
*smacrae@bamlawca.com*

Attorneys for Plaintiffs

Burton Wiand
Wiand Guerra King
3000 Bayport Drive - Suite 600
Tampa, Florida 33607
*bwiand@wiandlaw.com*

Daniel Marks
Law Offices of Daniel Marks
302 East Carson Avenue, Ste. 702
Las Vegas, Nevada 89101
*office@danielmarks.net*

Attorneys for Plaintiffs

Dated this 4th day of October, 2013.

By: /s/ PATRICIA FERRUGIA