# EXHIBIT B

EXHIBIT B

# Vickie L. Nickerson

| | |
|---|---|
| **From:** | Vickie L. Nickerson |
| **Sent:** | Friday, January 25, 2013 9:50 PM |
| **To:** | 'AAA Jonathan Weed'; 'bagliniy@adr.org'; 'johnsoni@adr.org' |
| **Cc:** | 'Robert Gerard'; norm@bamlawca.com; smacrae@bamlawca.com; bwiand@wiandlaw.com; 'Ricardo Ehmann'; 'Kevin Hernandez'; Steve Morris; Akke Levin; JP Hendricks; Patricia Ferrugia; Fiona M. Ingalls; Vickie L. Nickerson |
| **Subject:** | AAA Arbitration 11 115 Y 264 12 - Sussex et al. v. Turmberry/MGM Grand Towers et al. |
| **Attachments:** | Letter.pdf; Exs. A-E.pdf |

Dear Ms. Johnson, Ms. Baglini, and Mr. Weed,

Attached please find respondents' objection letter to the continued services of arbitrator Brendan M. Hare. The letter is supported by exhibits A through L, which will be transmitted to you in batches in the emails that follow due to their size. As previously requested by Mr. Morris in his January 18, 2013, letter to Mr. Weed, we ask that the AAA keeps this objection and the supporting information strictly confidential and that the parties be precluded from communicating with the arbitrator until our objections have been finally determined.

I will send 4 more emails with the remaining exhibits.

Vickie Nickerson
Assistant to Akke Levin
**MORRIS LAW GROUP**
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 474-9400 (Main)
(702) 759-8343 (Direct)
(702) 474-9422 (Fax)
vln@morrislawgroup.com
www.morrislawgroup.com

*This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.*

1

# Vickie L. Nickerson

| | |
|---|---|
| **From:** | Vickie L. Nickerson |
| **Sent:** | Friday, January 25, 2013 9:52 PM |
| **To:** | 'AAA Jonathan Weed'; 'bagliniy@adr.org'; 'johnsoni@adr.org' |
| **Cc:** | 'Robert Gerard'; norm@bamlawca.com; smacrae@bamlawca.com; bwiand@wiandlaw.com; 'Ricardo Ehmann'; 'Kevin Hernandez'; Steve Morris; Akke Levin; JP Hendricks; Patricia Ferrugia; Fiona M. Ingalls; Vickie L. Nickerson |
| **Subject:** | RE: AAA Arbitration 11 115 Y 264 12 - Sussex et al. v. Turmberry/MGM Grand Towers et al. |
| **Attachments:** | Exs F-I.pdf |

First of four emails.

---

**From:** Vickie L. Nickerson
**Sent:** Friday, January 25, 2013 9:50 PM
**To:** 'AAA Jonathan Weed'; 'bagliniy@adr.org'; 'johnsoni@adr.org'
**Cc:** 'Robert Gerard'; norm@bamlawca.com; smacrae@bamlawca.com; bwiand@wiandlaw.com; 'Ricardo Ehmann'; 'Kevin Hernandez'; Steve Morris; Akke Levin; JP Hendricks; Patricia Ferrugia; Fiona M. Ingalls; Vickie L. Nickerson
**Subject:** AAA Arbitration 11 115 Y 264 12 - Sussex et al. v. Turmberry/MGM Grand Towers et al.

Dear Ms. Johnson, Ms. Baglini, and Mr. Weed,

Attached please find respondents' objection letter to the continued services of arbitrator Brendan M. Hare. The letter is supported by exhibits A through L, which will be transmitted to you in batches in the emails that follow due to their size. As previously requested by Mr. Morris in his January 18, 2013, letter to Mr. Weed, we ask that the AAA keeps this objection and the supporting information strictly confidential and that the parties be precluded from communicating with the arbitrator until our objections have been finally determined.

I will send 4 more emails with the remaining exhibits.

Vickie Nickerson
Assistant to Akke Levin
**MORRIS LAW GROUP**
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 474-9400 (Main)
(702) 759-8343 (Direct)
(702) 474-9422 (Fax)
vln@morrislawgroup.com
www.morrislawgroup.com

*This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.*

# Vickie L. Nickerson

| | |
|---|---|
| **From:** | Vickie L. Nickerson |
| **Sent:** | Friday, January 25, 2013 9:53 PM |
| **To:** | 'AAA Jonathan Weed'; 'bagliniy@adr.org'; 'johnsoni@adr.org' |
| **Cc:** | 'Robert Gerard'; norm@bamlawca.com; smacrae@bamlawca.com; bwiand@wiandlaw.com; 'Ricardo Ehmann'; 'Kevin Hernandez'; Steve Morris; Akke Levin; JP Hendricks; Patricia Ferrugia; Fiona M. Ingalls; Vickie L. Nickerson |
| **Subject:** | RE: AAA Arbitration 11 115 Y 264 12 - Sussex et al. v. Turmberry/MGM Grand Towers et al. |
| **Attachments:** | Ex. J.pdf |

Second of four emails.

---

**From:** Vickie L. Nickerson
**Sent:** Friday, January 25, 2013 9:52 PM
**To:** 'AAA Jonathan Weed'; 'bagliniy@adr.org'; 'johnsoni@adr.org'
**Cc:** 'Robert Gerard'; norm@bamlawca.com; smacrae@bamlawca.com; bwiand@wiandlaw.com; 'Ricardo Ehmann'; 'Kevin Hernandez'; Steve Morris; Akke Levin; JP Hendricks; Patricia Ferrugia; Fiona M. Ingalls; Vickie L. Nickerson
**Subject:** RE: AAA Arbitration 11 115 Y 264 12 - Sussex et al. v. Turmberry/MGM Grand Towers et al.

First of four emails.

---

**From:** Vickie L. Nickerson
**Sent:** Friday, January 25, 2013 9:50 PM
**To:** 'AAA Jonathan Weed'; 'bagliniy@adr.org'; 'johnsoni@adr.org'
**Cc:** 'Robert Gerard'; norm@bamlawca.com; smacrae@bamlawca.com; bwiand@wiandlaw.com; 'Ricardo Ehmann'; 'Kevin Hernandez'; Steve Morris; Akke Levin; JP Hendricks; Patricia Ferrugia; Fiona M. Ingalls; Vickie L. Nickerson
**Subject:** AAA Arbitration 11 115 Y 264 12 - Sussex et al. v. Turmberry/MGM Grand Towers et al.

Dear Ms. Johnson, Ms. Baglini, and Mr. Weed,

Attached please find respondents' objection letter to the continued services of arbitrator Brendan M. Hare. The letter is supported by exhibits A through L, which will be transmitted to you in batches in the emails that follow due to their size. As previously requested by Mr. Morris in his January 18, 2013, letter to Mr. Weed, we ask that the AAA keeps this objection and the supporting information strictly confidential and that the parties be precluded from communicating with the arbitrator until our objections have been finally determined.

I will send 4 more emails with the remaining exhibits.

Vickie Nickerson
Assistant to Akke Levin
**MORRIS LAW GROUP**
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 474-9400 (Main)
(702) 759-8343 (Direct)
(702) 474-9422 (Fax)
vln@morrislawgroup.com
www.morrislawgroup.com

*This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.*

1

# Vickie L. Nickerson

| | |
|---|---|
| **From:** | Vickie L. Nickerson |
| **Sent:** | Friday, January 25, 2013 9:54 PM |
| **To:** | 'AAA Jonathan Weed'; 'bagliniy@adr.org'; 'johnsoni@adr.org' |
| **Cc:** | 'Robert Gerard'; norm@bamlawca.com; smacrae@bamlawca.com; bwiand@wiandlaw.com; 'Ricardo Ehmann'; 'Kevin Hernandez'; Steve Morris; Akke Levin; JP Hendricks; Patricia Ferrugia; Fiona M. Ingalls; Vickie L. Nickerson |
| **Subject:** | RE: AAA Arbitration 11 115 Y 264 12 - Sussex et al. v. Turmberry/MGM Grand Towers et al. |
| **Attachments:** | Ex. K.pdf |

Third of four emails.

---

**From:** Vickie L. Nickerson
**Sent:** Friday, January 25, 2013 9:53 PM
**To:** 'AAA Jonathan Weed'; 'bagliniy@adr.org'; 'johnsoni@adr.org'
**Cc:** 'Robert Gerard'; norm@bamlawca.com; smacrae@bamlawca.com; bwiand@wiandlaw.com; 'Ricardo Ehmann'; 'Kevin Hernandez'; Steve Morris; Akke Levin; JP Hendricks; Patricia Ferrugia; Fiona M. Ingalls; Vickie L. Nickerson
**Subject:** RE: AAA Arbitration 11 115 Y 264 12 - Sussex et al. v. Turmberry/MGM Grand Towers et al.

Second of four emails.

---

**From:** Vickie L. Nickerson
**Sent:** Friday, January 25, 2013 9:52 PM
**To:** 'AAA Jonathan Weed'; 'bagliniy@adr.org'; 'johnsoni@adr.org'
**Cc:** 'Robert Gerard'; norm@bamlawca.com; smacrae@bamlawca.com; bwiand@wiandlaw.com; 'Ricardo Ehmann'; 'Kevin Hernandez'; Steve Morris; Akke Levin; JP Hendricks; Patricia Ferrugia; Fiona M. Ingalls; Vickie L. Nickerson
**Subject:** RE: AAA Arbitration 11 115 Y 264 12 - Sussex et al. v. Turmberry/MGM Grand Towers et al.

First of four emails.

---

**From:** Vickie L. Nickerson
**Sent:** Friday, January 25, 2013 9:50 PM
**To:** 'AAA Jonathan Weed'; 'bagliniy@adr.org'; 'johnsoni@adr.org'
**Cc:** 'Robert Gerard'; norm@bamlawca.com; smacrae@bamlawca.com; bwiand@wiandlaw.com; 'Ricardo Ehmann'; 'Kevin Hernandez'; Steve Morris; Akke Levin; JP Hendricks; Patricia Ferrugia; Fiona M. Ingalls; Vickie L. Nickerson
**Subject:** AAA Arbitration 11 115 Y 264 12 - Sussex et al. v. Turmberry/MGM Grand Towers et al.

Dear Ms. Johnson, Ms. Baglini, and Mr. Weed,

Attached please find respondents' objection letter to the continued services of arbitrator Brendan M. Hare. The letter is supported by exhibits A through L, which will be transmitted to you in batches in the emails that follow due to their size. As previously requested by Mr. Morris in his January 18, 2013, letter to Mr. Weed, we ask that the AAA keeps this objection and the supporting information strictly confidential and that the parties be precluded from communicating with the arbitrator until our objections have been finally determined.

I will send 4 more emails with the remaining exhibits.

Vickie Nickerson
Assistant to Akke Levin
**MORRIS LAW GROUP**
900 Bank of America Plaza
300 South Fourth Street

1

# Vickie L. Nickerson

| | |
|---|---|
| **From:** | Vickie L. Nickerson |
| **Sent:** | Friday, January 25, 2013 9:55 PM |
| **To:** | 'AAA Jonathan Weed'; 'bagliniy@adr.org'; 'johnsoni@adr.org' |
| **Cc:** | 'Robert Gerard'; norm@bamlawca.com; smacrae@bamlawca.com; bwiand@wiandlaw.com; 'Ricardo Ehmann'; 'Kevin Hernandez'; Steve Morris; Akke Levin; JP Hendricks; Patricia Ferrugia; Fiona M. Ingalls; Vickie L. Nickerson |
| **Subject:** | RE: AAA Arbitration 11 115 Y 264 12 - Sussex et al. v. Turmberry/MGM Grand Towers et al. |
| **Attachments:** | Ex. L.pdf |

Fourth and final email.

---

**From:** Vickie L. Nickerson
**Sent:** Friday, January 25, 2013 9:54 PM
**To:** 'AAA Jonathan Weed'; 'bagliniy@adr.org'; 'johnsoni@adr.org'
**Cc:** 'Robert Gerard'; norm@bamlawca.com; smacrae@bamlawca.com; bwiand@wiandlaw.com; 'Ricardo Ehmann'; 'Kevin Hernandez'; Steve Morris; Akke Levin; JP Hendricks; Patricia Ferrugia; Fiona M. Ingalls; Vickie L. Nickerson
**Subject:** RE: AAA Arbitration 11 115 Y 264 12 - Sussex et al. v. Turmberry/MGM Grand Towers et al.

Third of four emails.

---

**From:** Vickie L. Nickerson
**Sent:** Friday, January 25, 2013 9:53 PM
**To:** 'AAA Jonathan Weed'; 'bagliniy@adr.org'; 'johnsoni@adr.org'
**Cc:** 'Robert Gerard'; norm@bamlawca.com; smacrae@bamlawca.com; bwiand@wiandlaw.com; 'Ricardo Ehmann'; 'Kevin Hernandez'; Steve Morris; Akke Levin; JP Hendricks; Patricia Ferrugia; Fiona M. Ingalls; Vickie L. Nickerson
**Subject:** RE: AAA Arbitration 11 115 Y 264 12 - Sussex et al. v. Turmberry/MGM Grand Towers et al.

Second of four emails.

---

**From:** Vickie L. Nickerson
**Sent:** Friday, January 25, 2013 9:52 PM
**To:** 'AAA Jonathan Weed'; 'bagliniy@adr.org'; 'johnsoni@adr.org'
**Cc:** 'Robert Gerard'; norm@bamlawca.com; smacrae@bamlawca.com; bwiand@wiandlaw.com; 'Ricardo Ehmann'; 'Kevin Hernandez'; Steve Morris; Akke Levin; JP Hendricks; Patricia Ferrugia; Fiona M. Ingalls; Vickie L. Nickerson
**Subject:** RE: AAA Arbitration 11 115 Y 264 12 - Sussex et al. v. Turmberry/MGM Grand Towers et al.

First of four emails.

---

**From:** Vickie L. Nickerson
**Sent:** Friday, January 25, 2013 9:50 PM
**To:** 'AAA Jonathan Weed'; 'bagliniy@adr.org'; 'johnsoni@adr.org'
**Cc:** 'Robert Gerard'; norm@bamlawca.com; smacrae@bamlawca.com; bwiand@wiandlaw.com; 'Ricardo Ehmann'; 'Kevin Hernandez'; Steve Morris; Akke Levin; JP Hendricks; Patricia Ferrugia; Fiona M. Ingalls; Vickie L. Nickerson
**Subject:** AAA Arbitration 11 115 Y 264 12 - Sussex et al. v. Turmberry/MGM Grand Towers et al.

Dear Ms. Johnson, Ms. Baglini, and Mr. Weed,

Attached please find respondents' objection letter to the continued services of arbitrator Brendan M. Hare. The letter is supported by exhibits A through L, which will be transmitted to you in batches in the emails that follow due to their size. As previously requested by Mr. Morris in his January 18, 2013, letter to Mr. Weed, we ask that the AAA keeps this

objection and the supporting information strictly confidential and that the parties be precluded from communicating with the arbitrator until our objections have been finally determined.

I will send 4 more emails with the remaining exhibits.

Vickie Nickerson
Assistant to Akke Levin
**MORRIS LAW GROUP**
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 474-9400 (Main)
(702) 759-8343 (Direct)
(702) 474-9422 (Fax)
vln@morrislawgroup.com
www.morrislawgroup.com

*This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.*