| | |
|---|---|
| 1 | **MORRIS LAW GROUP** |
| | Steve Morris, Bar No. 1543 |
| 2 | Email: sm@morrislawgroup.com |
| | Akke Levin, Bar No. 9102 |
| 3 | Email: al@morrislawgroup.com |
| | Jean-Paul Hendricks, Bar No. 10070 |
| 4 | Email: jph@morrislawgroup.com |
| | 300 South Fourth Street, Suite 900 |
| 5 | Las Vegas, Nevada 89101 |
| | Telephone: (702) 474-9400 |
| 6 | Facsimile: (702) 474-9422 |
| 7 | **SNELL & WILMER L.L.P.** |
| | Alex Fugazzi, Bar No. 9022 |
| 8 | Email: afugazzi@swlaw.com |
| | Justin Carley, Bar No. 9994 |
| 9 | Email: jcarley@swlaw.com |
| | Charles Gianelloni, Bar No 12747 |
| 10 | Email: cgianelloni@swlaw.com |
| | 3883 Howard Hughes Parkway, Suite 1100 |
| 11 | Las Vegas, Nevada 89169 |
| | Telephone: (702) 784-5200 |
| 12 | Facsimile: (702) 784-5252 |
| 13 | *Attorneys for Defendants* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY ANN SUSSEX, et al., | Case No.:  2:08-cv-00773-MMD-PAL |
| Plaintiffs, | |
| vs. | **NOTICE OF ASSOCIATION OF COUNSEL** |
| TURNBERRY/MGM GRAND TOWERS, LLC, et al., | |
| Defendants. | |

Please take notice that Alex Fugazzi, Justin Carley, and Charles Gianelloni of the law firm of Snell & Wilmer are hereby associated as co-counsel with the attorneys from the Morris Law Group in the above-captioned matter.

1  The Snell & Wilmer attorneys respectfully request that notice of all future filings be
2  served upon them at the address above.

4  Dated: November __7__, 2013            SNELL & WILMER L.L.P.

_____
Alex Fugazzi, Bar No. 9022
Email: afugazzi@swlaw.com
Justin Carley, Bar No. 9994
Email: jcarley@swlaw.com
Charles Gianelloni, Bar No 12747
Email: cgianelloni@swlaw.com
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2013, I electronically transmitted the foregoing **NOTICE OF ASSOCIATION OF COUNSEL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

*[signature]*

An employee of Snell & Wilmer L.L.P.

18208528

- 3 -