# EXHIBIT A

# EXHIBIT A

**MORRIS LAW GROUP**
Steve Morris, Bar No. 1543
Email: sm@morrislawgroup.com
Akke Levin, Bar No. 9102
Email: al@morrislawgroup.com
Jean-Paul Hendricks, Bar No. 10070
Email: jph@morrislawgroup.com
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

**SNELL & WILMER L.L.P.**
Alex L. Fugazzi, Bar No. 9022
Email: afugazzi@swlaw.com
Justin L. Carley, Bar No. 9994
Email: jcarley@swlaw.com
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY ANN SUSSEX, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TURNBERRY/MGM GRAND TOWERS, LLC, et al.,<br><br>Defendants. | Case No.: 2:08-cv-00773-MMD-PAL<br><br>**DECLARATION OF ALEX L. FUGAZZI PURSUANT TO LR 7-5(d)(3) AND IN SUPPORT OF TURNBERRY/MGM TOWERS, LLC et al.'s MOTION TO STAY ARBITRATION PENDING DISPOSITION OF MOTION TO DISQUALIFY AND REMOVE ARBITRATOR BRENDAN HARE** |

I, ALEX FUGAZZI, declare:

1. I am an attorney at the law firm of SNELL & WILMER L.L.P., attorneys for Defendants Turnberry/MGM Grand Towers, LLC; MGM Grand Condominiums, LLC; Turnberry/Harmon Ave., LLC; and Turnberry West Realty, Inc.(collectively "Turnberry/MGM"). I have personal knowledge of the matters stated below and could testify competently to them if called upon to do so.

2. I submit this affidavit pursuant to LR 7-5 and in support of Turnberry/MGM's Emergency Motion to Stay Arbitration Pending Disposition of Motion to Disqualify and Remove Arbitrator Brendan Hare ("Emergency Motion").

3. This nature of the emergency prompting this Emergency Motion is that the American Arbitration Association, and Arbitrator Brendan Hare, have scheduled a hearing for November 19, 2013 to resolve pending motions and to implement prior orders issued by Arbitrator Hare.

4. Turnberry/MGM's September 11, 2013 Motion for an Order Declaring that Arbitrator Brendan Hare is Disqualified for His Failure to Make Required Disclosures Under NRS 38.227 That Establish His Evident Partiality ("Motion to Disqualify") has been fully briefed and is pending before the Court.

5. If the November 19, 2013 hearing before Arbitrator Hare is allowed to proceed, prior to the Court ruling on the Motion to Disqualify, any rulings made by the Arbitrator may have to be vacated, which impacts all the parties to this case, including the Plaintiffs currently before this Court, some of whom already requested a new arbitrator for them.

6. The office address and telephone numbers of movant and all affected parties are as follows:

| Steve Morris, Esq.<br>Akke Levin, Esq.<br>Jean-Paul Hendricks, Esq.<br>MORRIS LAW GROUP<br>300 South Fourth Street—Suite 900<br>Las Vegas, Nevada 89101<br>Telephone: (702) 474-9400<br>Facsimile (702) 475-9422<br><br>Attorneys for Defendants Turnberry/MGM Grand Towers, LLC; MGM Grand | Alex Fugazzi, Esq.<br>Justin Carley, Esq.<br>Snell & Wilmer L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5220<br>Facsimile: (702) 784-5252<br><br>Attorneys for Defendants Turnberry/MGM Grand Towers, LLC; MGM Grand |

| | |
|---|---|
| Condominiums, LLC; Turnberry/Harmon Ave., LLC; and Turnberry West Realty, Inc. | Condominiums, LLC; Turnberry/Harmon Ave., LLC; and Turnberry West Realty, Inc. |
| Robert B. Gerard, Esq.<br>Ricardo R. Ehmann, Esq.<br>Gerard & Associates<br>2840 South Jones Boulevard<br>Building D, Suite #4<br>Las Vegas, NV 89146<br>Telephone: (702) 251-0093<br>Facsimile: (702) 251-0094<br><br>Attorneys for Plaintiffs | Norman Blumenthal, Esq.<br>Blumenthal, Nordrehaug & Bhowmik<br>2255 Calle Clara<br>La Jolla, California 92037<br>Telephone: (858) 551-1223<br>Facsimile: (858) 555-1232<br><br>Attorneys for Plaintiffs |
| Daniel Marks, Esq.<br>Law Offices of Daniel Marks<br>302 E. Carson Ave, Suite 702<br>Las Vegas, NV 89101<br>Telephone: (702) 386-0536<br>Facsimile: (702) 386-6812<br><br>Attorney for Plaintiffs | Burton Wiand, Esq.<br>Wiand Guerra King, P.L.<br>5505 West Gray Street<br>Tampa, Florida 33609<br>Telephone: (813) 347-5100<br><br>Attorney for Plaintiffs |
| Yvonne Baglini<br>Director<br>American Arbitration Association<br>950 Warren Ave.<br>East Providence, RI 02914-1414<br>T:401 431 4784<br>F:866 644 0234<br>E:Yvonnebaglini@adr.org | Jonathan Weed,<br>Manager of ADR Services<br>American Arbitration Association<br>T:401 431 4721<br>F:866 644 0234<br>950 Warren Ave.<br>East Providence, RI 02914-1414<br>www.adr.org |

7. The undersigned certifies that, after personal consultation with Mr. Ehmann via telephone on November 6, 2013, and after sincere effort to do so, the movant has been unable to resolve the matter without court action.

8. Attached as Exhibit A to this Declaration is an email from Mr. Ehmann memorializing my conversation with him and our efforts to resolve this matter, and Mr. Ehmann's efforts to speak with his co-counsel.

Dated: November 7, 2013

_____
ALEX L. FUGAZZI, ESQ.

18208484

# EXHIBIT A TO DECLARATION OF ALEX L. FUGGAZI

## Charlet, Candace

| | |
|---|---|
| **From:** | Ricardo Ehmann <rehmann@gerardlaw.com> |
| **Sent:** | Wednesday, November 06, 2013 3:29 PM |
| **To:** | Fugazzi, Alex |
| **Subject:** | re Motion to Stay pending DQ Motion |

Alex: I couldn't get a hold of Bob on the phone, as I said, he was on his way to an important appointment, but I did advise him and Norm Blumenthal via email of our conversation and that I told you I didn't see any scenario in which we would agree to a stay of the arbitration which means a motion from Mr. Morris would be necessary to achieve his desired result. If I receive an email from my superiors advising me that my inclination was incorrect, I will certainly let you know immediately, but at this point I think it's safe to say your side has fulfilled the obligation of reaching out to us before filing the motion to stay, because we will not agree to a stay. Always nice chatting with you and hope you have a nice day, -Rico.

**Ricardo R. Ehmann, Esq.**
GERARD & ASSOCIATES

**LAS VEGAS OFFICE**
2840 S. Jones Boulevard
Building D, Suite 4
Las Vegas, Nevada 89146
702-251-0093
702-251-0094 Fax

**SAN DIEGO OFFICE**
1516 Front Street
San Diego, CA 92101
(619) 232-2828
(619) 232-4129 Fax

rehmann@gerardlaw.com    Visit us on: 

The information contained in this electronic mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this correspondence in publicly accessible written or electronic records. If YOU are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee you received this message through inadvertent error and any further review, dissemination, distribution, or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY RETURN EMAIL, OR BY TELEPHONING THE SENDER NAMED ABOVE AT (702) 251-0093. Thank you.

 Please consider the environment before printing this email.

1