MORRIS LAW GROUP
Steve Morris, Bar No. 1543
Email: sm@morrislawgroup.com
Akke Levin, Bar No. 9102
Email: al@morrislawgroup.com
Jean-Paul Hendricks, No. 10079
Email: jph@morrislawgroup.com
300 South Fourth Street - Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile:   (702) 474-9422

SNELL & WILMER L.L.P.
Alex Fugazzi, Bar No. 9022
Email: afugazzi@swlaw.com
Justin Carley, Bar No. 9994
Email: jcarley@swlaw.com
Charles Gianelloni, Bar No. 12747
Email: cgianelloni@swlaw.com
3883 Howard Hughes Parkway, #1100
Las Vegas, NV  89169
Telephone:  (702) 784-5200
Facsimile:   (702) 784-5252

Attorneys for Defendant
Turnberry/MGM Grand Towers, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY ANN SUSSEX; et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>TURNBERRY/MGM GRAND TOWERS, LLC, et al.,<br><br>        Defendants.<br>_____<br><br>GEORGE ABRAHAM; et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>TURNBERRY/MGM GRAND TOWERS, LLC, et al.,<br><br>        Defendants.<br>_____ | Case No.: 2:08-cv-00773-MMD-PAL<br><br>**CONSOLIDATED WITH:**<br><br>Case No.: 2:11-cv-01007-JCM-NKJ<br><br>**APPENDIX OF CASES TO TURNBERRY/MGM GRAND TOWERS, LLC'S SUPPLEMENTAL BRIEF IN RESPONSE TO MINUTE ORDER # 129** |

MORRIS LAW GROUP
900 BANK OF AMERICA PLAZA · 300 SOUTH FOURTH STREET · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

**MORRIS LAW GROUP** · 300 SOUTH FOURTH STREET · LAS VEGAS, NEVADA 89101
900 BANK OF AMERICA PLAZA · 702/474-9400 · FAX 702/474-9422

1      **CERTIFICATE OF SERVICE**

2      Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of

3 Nevada Electronic Filing Procedures, I certify that I am an employee of

4 MORRIS LAW GROUP, and that the following documents were served via

5 electronic service: **APPENDIX OF CASES TO TURNBERRY/MGM**

6 **GRAND TOWERS, LLC'S SUPPLEMENTAL BRIEF IN RESPONSE TO**

7 **MINUTE ORDER # 129**

8 TO:

9 Robert B. Gerard                 Burton Wiand
     Ricardo R. Ehmann            Wiand Guerra King

10 Gerard & Associates           3000 Bayport Drive - Suite 600
     2840 So. Jones Blvd. - Bldg. D, Ste 4   Tampa, Florida 33607

11 Las Vegas, Nevada 89146       *bwiand@wiandlaw.com*
     *rgerard@gerardlaw.com*

12 *rehmann@gerardlaw.com*

13                                 Daniel Marks

14 Norman B. Blumenthal       Law Offices of Daniel Marks
     Kyle Nordrehaug              302 East Carson Avenue, Ste. 702

15 Donald Scott Macrae          Las Vegas, Nevada 89101
     Blumenthal Nordrehaug & Bhowmik   *office@danielmarks.net*

16 2255 Calle Clara

17 La Jolla, California 92037        Attorneys for Plaintiffs
     *norm@bamlawlj.com*

18 *kyle@bamlawlj.com*

19 *smacrae#bamlawlj.com*

20 Attorneys for Plaintiffs

21       DATED this 21ˢᵀ day of *November*, 2013.

22

23                   By: _[signature]_____

24

25

26

27

28

MORRIS LAW GROUP · 900 BANK OF AMERICA PLAZA · 300 SOUTH FOURTH STREET · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

| Exhibit | Case |
|---------|------|
| A | *Advantage Med. Services v. Hoffman*, 72 Cal. Rptr. 3d 935 (Cal. App. 2008) |
| B | *Applied Indus. Materials Corp. v. Ovalar Makine Ticaret Ve Sanayi, A.S.*, 492 F.3d 132 (2d Cir. 2007) |
| C | *Benjamin, Weill & Mazer v. Kors*, 125 Cal. Rptr. 3d 469 (Cal. App. 2011) |
| D | *Burlington Northern Ry. Co. v. TUCO Inc.*, 960 S.W.2d 629 (Tex. 1997) |
| E | *Commonwealth Coatings Corp. v. Cont'l Cas. Co.*, 393 U.S. 145, 89 S. Ct. 337 (1968) |
| F | *D.R. Horton, Inc. v. Green*, 120 Nev. 549, 553, 96 P.3d 1159, 1162 (2004) |
| G | *Gonski v. Second Judicial Dist. Court*, 245 P.3d 1164, 1169 (Nev. 2010) |
| H | *Lagstein v. Certain Underwriters at Lloyd's, London*, 607 F.3d 634 (9th Cir. 2012). |
| I | *Morelite Const. Corp. v. New York City Dist. Council Carpenters Ben. Funds*, 748 F.2d 79 (2d Cir. 1984) |
| J | *New Regency Prods., Inc. v. Nippon Herald Films, Inc.*, 501 F.3d 1101 (9th Cir. 2007) |
| K | *Oshidary v. Purpura-Andriola*, 2012 WL 2135375 (N.D. Cal. June 12, 2012) |
| L | *Pitta v. Hotel Ass'n of New York*, 806 F.2d 419 (2d Cir.1986) |
| M | *Scandinavian Reins. Co. v. St. Paul Fire and Marine Ins. Co.*, 668 F.3d 60 (2d Cir. 2012) |
| N | *Schmitz v. Zilveti*, 20 F.3d 1043 (9th Circuit 1994). |

| Exhibit | Case |
|---|---|
| O | *Thomas Kinkade Co. v. Lighthouse Galleries, LLC*, 2010 WL 1626697 (E.D. Mich. April 21, 2010) |
| P | *Thomas Kinkade Co. v. Lighthouse Galleries, LLC*, 2010 WL 436604 (E.D. Mich. Jan. 27, 2010. |
| Q | *Thomas Kinkade Co. v. White*, 711 F. 3d 719 (6th Cir. 2013) |
| R | *Thomas v. City of North Las Vegas*, 122 Nev. 83, 127 P.3d 1057 (2006). |
| S | *Volt Info. Sciences, Inc. v. Bd. of Trustees of Leland Stanford Junior Univ.*, 489 U.S. 468 (1989) |
| T | *Woods v. Saturn Distribution Corp.*, 78 F.3d 424 (9th Cir.1996) |

MORRIS LAW GROUP

900 BANK OF AMERICA PLAZA · 300 SOUTH FOURTH STREET · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28