**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Mary Ann Sussex, et al.

    Plaintiff(s),

vs.

Turnberry/MGM Grand Towers, LLC, et al.

    Defendant(s).

Case #2:08-CV-00773-MMD

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

_____Yvette Ostolaza_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Sidley Austin LLP
(firm name)

with offices at _____717 N. Harwood, Suite 3400_____,
(street address)

_____Dallas_____, _____Texas_____, _____75201_____,
(city)                    (state)             (zip code)

_____(214) 981-3300_____, _____yvette.ostolaza@sidley.com_____.
(area code + telephone number)         (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____MGM Resorts International_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3. That since ___11/1992___ , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___Texas___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Northern District of Texas | 11/1992 | TX 00784703 |
| Eastern District of Texas | 10/1993 | TX 00784703 |
| Southern District of Texas | 4/1993 | TX 00784703 |
| Western District of Texas | 8/2010 | TX 00784703 |
| Fifth Circuit Court of Appeals | 1/1993 | TX 00784703 |
| Tenth Circuit Court of Appeals | 12/2008 | TX 00784703 |
| District of Colorado | 1/2001 | TX 00784703 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

Rev. 12/11

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

N/A

7. That Petitioner is a member of good standing in the following Bar Associations:

Dallas Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 12/11

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____Yvette Ostolaza_____
Petitioner's signature

STATE OF ____Texas____ )
COUNTY OF ____Dallas____ )

____Yvette Ostolaza____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__2ND__ day of __DECEMBER__, __2013__.

__Cathy H. Deatherage__
Notary Public or Clerk of Court

CATHY H. DEATHERAGE
MY COMMISSION EXPIRES
April 26, 2017

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Alex Fugazzi____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____Snell & Wilmer, L.L.P., 3883 Howard Hughs Pkwy, Suite 1100____,
(street address)

____Las Vegas____, ____Nevada____, __89169__,
(city)           (state)       (zip code)

____702-784-5200____, ____afugazzi@swlaw.com____.
(area code + telephone number)   (Email address)

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Alex Fugazzi_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_Phyllis R. James_  11/27/2013
(Party signature)

_Executive Vice President + Special_
(Party signature)

_Counsel – On Behalf of MGM_
(Party signature)
_Resorts International_

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_Alex Fugazzi_
Designated Resident Nevada Counsel's signature

9022                afugazzi@swlaw.com
Bar number          Email address

APPROVED:
Dated: this __2nd__ day of __December, 2013.__

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

November 26, 2013

Re:   Yvette Ostolaza, State Bar Number 00784703

To Whom It May Concern:

This is to certify that Ms. Yvette Ostolaza was licensed to practice law in Texas on November 6, 1992, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Ms. Ostolaza's law license.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel

LA/aa

