Robert B. Gerard, Esq. (Nevada State Bar #005323)
Ricardo R. Ehmann, Esq. (Nevada State Bar #010576)
**GERARD & ASSOCIATES**
2840 South Jones Boulevard
Building D, Suite #4
Las Vegas, Nevada 89146
Telephone:   (702) 251-0093
Facsimile:    (702) 251-0094

Norman Blumenthal, Esq. (California State Bar #068687)
**BLUMENTHAL, NORDREHAUG & BHOWMIK**
2255 Calle Clara
La Jolla, California 92037
Telephone:   (858) 551-1223
Facsimile:    (858) 551-1232

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY ANN SUSSEX, et al.<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>TURNBERRY/MGM GRAND TOWERS, LLC, et al.<br><br>　　　　Defendants.<br><br>*(Consolidated With)*<br><br>GEORGE ABRAHAM, et al.,<br>　　　　Plaintiffs,<br>v.<br>TURNBERRY/MGM GRAND TOWERS, LLC, a Nevada LLC, et al.<br>　　　　Defendants. | CASE NO.: **2:08-cv-00773-MMD-PAL**<br>(Consolidated with Case No. 2:11-cv-01007-MMD-PAL)<br><br>**NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF ORDER GRANTING DEFENDANTS' MOTION TO DISQUALIFY PURSUANT TO 28 U.S.C. § 1292(b)**<br><br>Hearing Date: TBD<br>Hearing Time: TBD<br><br>Before:　　　Hon. Miranda Du<br>Department:　　4A |

NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF ORDER GRANTING DEFENDANTS' MOTION TO DISQUALIFY PURSUANT TO 28 U.S.C. § 1292(b)

Case No. 2:08-cv-00773

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that, before the Honorable Miranda M. Du, Judge for the United States District Court for the District of Nevada on a date and time to be set by the Court, Plaintiffs will and hereby do move for certification of the Order Granting Defendants' Motion to Disqualify pursuant to 28 U.S.C. § 1292(b).  This motion is based upon this notice, the accompanying Memorandum of Points and Authorities, along with the pleadings and documents contained in the Court's record.

Respectfully submitted,

Dated: January 8, 2014      BLUMENTHAL, NORDREHAUG & BHOWMIK

By:   */s/ Norman B. Blumenthal*
        Norman B. Blumenthal

2255 Calle Clara
La Jolla, California 92037
Telephone:   (858) 551-1223
Facsimile:   (858) 551-1232

Gerard & Associates
2840 South Jones Blvd.
Building D, Unit 4
Las Vegas, Nevada  89146
Telephone: (702) 251-0093
Facsimile: (702) 251-0094

Burt Wiand
Florida State Bar #407690
Wiand Guerra King
3000 Bay Port Drive, Suite 600
Tampa, FL 33607
Telephone:   (813) 347-5100
Facsimile:   (813) 347-5199

***Attorneys For The Plaintiffs***

---

NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF ORDER GRANTING DEFENDANTS' MOTION TO DISQUALIFY PURSUANT TO 28 U.S.C. § 1292(b)
i                                                                                   Case No. 2:08-cv-00773

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of GERARD & ASSOCIATES, and that the following documents were served via electronic service on January 8, 2014: **NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF ORDER GRANTING DEFENDANTS' MOTION TO DISQUALIFY PURSUANT TO 28 U.S.C. § 1292(b)** TO:

Attorneys for Defendants

Steve Morris, Esq.
MORRIS LAW GROUP
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

Alex Fugazzi, Esq.
SNELL & WILMER
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169

                                              */s/ Ricardo Ehmann*
                                              An Employee of Gerard & Associate