UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARY ANN SUSSEX, et al.,<br><br>        Plaintiffs,<br>   v.<br><br>TURNBERRY/MGM GRAND TOWERS, LLC, et al.,<br><br>        Defendants. | Case No. 2:08-cv-00773-MMD-PAL<br><br>ORDER |

Pursuant to the Order granting the Petition for Writ of Mandamus (dkt. no. 171 in case no. 2:08-cv-00773), the Court's Order granting motion to disqualify Arbitrator Brendan Hare (dkt. no. 141 in case no. 2:08-cv-00773-MMD-PAL; dkt. no. 81 in case no. 2:11-cv-01007-MMD-PAL) is vacated. Arbitrator Hare shall be reinstated as the arbitrator in the *Sussex* and *Abraham* arbitrations.

Dated this 8th day of April 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE