MARK G. KRUM (Nevada Bar No. 10913)
MKrum@LRRLaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 fax

Yvette Ostolaza (Pro Hac Vice)
Texas State Bar No. 00784703
SIDLEY AUSTIN LLP
2001 Ross Ave., Suite 3600
Dallas, Texas 75201
(214) 981-3300 (Telephone)
(214) 981-3400 (Telecopy)

Attorneys for Defendants
*MGM RESORTS INTERNATIONAL, MGM GRAND HOTEL, LLC
MGM GRAND CONDOMINIUMS, LLC, THE SIGNATURE
CONDOMINIUMS, LLC, SIGNATURE TOWER I, LLC, SIGNATURE
TOWER 2, LLC, and SIGNATURE TOWER 3, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY ANN SUSSEX, et al., | CASE NO. 2:08-cv-00773-MMD-PAL |
| Plaintiffs, | Consolidated with:<br>Case No. 2:11-cv-01007-JCM-NJK |
| v. | |
| TURNBERRY/MGM GRAND TOWERS, LLC, et al., | **STIPULATION FOR SUBSTITUTION OF COUNSEL** |
| Defendants. | |

**IT IS HEREBY STIPULATED** pursuant to LR IA 10-6, that Steve Morris (Bar No. 1543), Akke Levin (Bar No. 9102) and Jean-Paul Hendricks (Bar No. 10079) of the law firm Morris Law Group may and, with leave of court, hereby do withdraw their representation of each of Defendants *MGM GRAND CONDOMINIUMS, LLC, THE SIGNATURE CONDOMINIUMS, LLC, SIGNATURE TOWER 1, LLC, SIGNATURE TOWER 2, LLC, and SIGNATURE TOWER 3, LLC* ("DEFENDANTS") in the above-captioned action, and Mark G. Krum of Lewis Roca

1

Rothgerber LLP and Yvette Ostolaza of Sidley Austin LLP shall, assume representation of each of these DEFENDANTS in this action.

This substitution of counsel was made upon the consent of each of these DEFENDANTS and the above-referenced attorneys, as evidenced by the signatures below.

DATED: July 8, 2015

MORRIS LAW GROUP

By_____
Steve Morris
Akke Levin
Withdrawing Attorneys for Defendants
*MGM GRAND CONDOMINIUMS, LLC, THE SIGNATURE CONDOMINIUMS, LLC, SIGNATURE TOWER I, LLC, SIGNATURE TOWER 2, LLC, and SIGNATURE TOWER 3, LLC*

DATED: July 7, 2015

LEWIS ROCA ROTHGERBER LLP

By_____
Mark G. Krum
Substituting Attorneys for Defendants
*MGM GRAND CONDOMINIUMS, LLC, THE SIGNATURE CONDOMINIUMS, LLC, SIGNATURE TOWER I, LLC, SIGNATURE TOWER 2, LLC, and SIGNATURE TOWER 3, LLC*

2

DATED: July 9, 2015

SIDLEY AUSTIN LLP

By *Yvette Ostolaza* w/p JNRW
Yvette Ostolaza
Substituting Attorneys for Defendants
MGM GRAND CONDOMINIUMS, LLC, THE SIGNATURE CONDOMINIUMS, LLC, SIGNATURE TOWER 1, LLC, SIGNATURE TOWER 2, LLC, and SIGNATURE TOWER 3, LLC

I consent to this substitution.

DATED: July ___, 2015

By_____
MGM GRAND CONDOMINIUMS, LLC

DATED: July ___, 2015

By_____
THE SIGNATURE CONDOMINIUMS, LLC

DATED: July ___, 2015

By_____
SIGNATURE TOWER 1, LLC

DATED: July ___, 2015

By_____
SIGNATURE TOWER 2, LLC

DATED: July ___, 2015

By_____
SIGNATURE TOWER 3, LLC

LEWIS ROCA ROTHGERBER
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

3

DATED: July 9, 2015

SIDLEY AUSTIN LLP

By: _Yvette Ostolaza_ /wp JNRW
Yvette Ostolaza
Substituting Attorneys for Defendants
MGM GRAND CONDOMINIUMS, LLC, THE SIGNATURE CONDOMINIUMS, LLC, SIGNATURE TOWER 1, LLC, SIGNATURE TOWER 2, LLC, and SIGNATURE TOWER 3, LLC

I consent to this substitution.

DATED: July ___, 2015

By: _____
MGM GRAND CONDOMINIUMS, LLC

DATED: July ___, 2015

By: _____
THE SIGNATURE CONDOMINIUMS, LLC

DATED: July ___, 2015

By: _____
SIGNATURE TOWER 1, LLC

DATED: July ___, 2015

By: _____
SIGNATURE TOWER 2, LLC

DATED: July ___, 2015

By: _____
SIGNATURE TOWER 3, LLC

3

1 | The above substitution of counsel is approved and **SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 3, 2015

4