| | |
|---|---|
| 1 | ROBERT B. GERARD, ESQ.<br>NV Bar No. 5323 |
| 2 | RICARDO R. EHMANN, ESQ.<br>NV Bar No. 10576 |
| 3 | **GERARD & ASSOCIATES**<br>2840 S. Jones Blvd., Bldg. D, Ste. 4 |
| 4 | Las Vegas, Nevada 89146<br>Tel. (702) 251-0093 |
| 5 | Fax (702) 251-0094 |
| 6 | JOHN H. MOWBRAY, ESQ.<br>NV Bar No. 1140 |
| 7 | **FENNEMORE CRAIG JONES VARGAS**<br>300 S. Fourth Street, Suite 1400 |
| 8 | Las Vegas, Nevada 89101<br>Telephone: (702) 692-8001 |
| 9 | Facsimile: (702) 692-8061 |
| 10 | NORMAN BLUMENTHAL, ESQ.<br>California State Bar #068687 |
| 11 | **BLUMENTHAL NORDREHAUG & BHOWMIK**<br>2255 Calle Clara |
| 12 | La Jolla, California 92037<br>Telephone: (858) 551-1223 |
| 13 | Facsimile: (858) 551-1232 |
| 14 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY ANN SUSSEX et al.,<br>   Plaintiffs,<br>vs.<br>TURNBERRY/MGM GRAND TOWERS, LLC, et al.<br>   Defendants.<br>*(Consolidated With)*<br>GEORGE ABRAHAM, et al.,<br>   Plaintiffs,<br>vs. | Case No.: 2:08-cv-00773-MMD-PAL<br><br>Consolidated with: Case No.:<br>2:11-cv-01007-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO REFER ALL CLAIMS AND CAUSES OF ACTION TO THE BANKRUPTCY COURT (#191)**<br><br>(FIRST REQUEST) |

-1-

TURNBERRY/MGM GRAND TOWERS, LLC, a Nevada LLC, et al.

Defendants.

Debtor and Defendant Turnberry/MGM Grand Towers, LLC is the debtor in the Chapter 11 case currently pending before the United States Bankruptcy Court for the District of Nevada as Case No. 15-13706-abl and has filed in this Court a Motion to Refer All Claims and Causes of Action to the Bankruptcy Court (#191) on July 31, 2015 ("Motion to Refer"). Plaintiff's response to the Defendant/Debtor's motion is currently due on August 17, 2015.

Plaintiffs and Defendant/Debtor Turnberry/MGM Grand Towers, LLC agree and hereby stipulate to extend the time for Plaintiffs to respond to the Motion to Refer until and including **August 31, 2015**. The extension is necessary in light of other deadlines in the bankruptcy action which fall on or near August 17, 2015 – the current deadline for the filing of the response by Plaintiffs to the Motion to Refer.

In light of the additional time Plaintiffs shall have to file a response to the Motion to Refer, Plaintiffs and Defendant/Debtor Turnberry/MGM Grand Towers, LLC also agree and hereby stipulate that Defendant/Debtor Turnberry/MGM Grand Towers, LLC shall have one additional week to file their reply to Plaintiffs' response to the Motion to Refer. Accordingly, Plaintiffs and Defendant/Debtor Turnberry/MGM Grand Towers, LLC agree and hereby stipulate to extend the time for Defendant/Debtor Turnberry/MGM Grand Towers, LLC to file a reply to Plaintiffs' response to the Motion to Refer until and including **September 14, 2015**.

Dated this 6th day of August, 2015

**GERARD & ASSOCIATES**

By: /s/ Robert B. Gerard

Dated this 6th day of August, 2015.

**GARMAN TURNER GORDON LLP**

By: /s/ Talitha Gray Kozlowski

-2-

| | |
|---|---|
| Robert B. Gerard, Esq.<br>NV Bar No. 005323<br>Ricardo R. Ehmann, Esq.<br>NV Bar No. 10576<br>2840 S. Jones Blvd. D-4<br>Las Vegas, NV 89146<br>Tel. (702) 251-0093<br>Fax (702) 251-0094 | Gregory E. Garman, Esq.<br>NV Bar No. 006654<br>Talitha Gray Kozlowski, Esq.<br>NV Bar No. 009040<br>Teresa Pilatowicz, Esq.<br>NV Bar No. 009605<br><br>*Attorneys for Debtor and Defendant Turnberry/MGM Grand Towers, LLC* |

John Mowbray, Esq.
NV Bar No. 1140
FENNEMORE CRAIG JONES VARGAS
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8001
Facsimile: (702) 692-8061

Norman Blumenthal, Esq.
California State Bar #068687
BLUMENTHAL NORDREHAUG & BHOWMIK
2255 Calle Clara
La Jolla, California 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

*Attorneys for Plaintiffs*

## ORDER

**IT IS SO ORDERED**

Dated this 6th day of August, 2015.

_____.
Judge Miranda Du, United States District Court for the District of Nevada